## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

**AOK CONSTRUCTION, LLC**

      **Debtor.**

 

**KIRBY-SMITH MACHINERY, INC.,**

      **Plaintiff,**

**v.**

**AOK CONSTRUCTION, LLC and
CONTINENTAL ENERGY SERVICES,
LLC,**

      **Defendants.**

**-and-**

**BANK OF AMERICA, N.A.**

      **Intervenor.**

    **Case No. 09-34419**
    **United States Bankruptcy Court,**
    **Southern District of Texas**
    **(Chapter 7)**

    **Adv No. _____**
    **Civ. Case No. CJ-2009-3493**

### NOTICE OF REMOVAL

    Intervenor, Bank of America, N.A. (the "Bank"), hereby gives notice of the removal of

the captioned action pursuant to 28 U.S.C. §§ 1334 and 1452, WDOK LR 81.3 and Fed. R.

Bankr. P. 9027, from the District Court within and for Oklahoma County, State of Oklahoma, to

the United States Bankruptcy Court for the Western District of Oklahoma.  As grounds for

removal, the Bank states as follows:

### RELEVANT FACTUAL BACKGROUND

    1.    The Bank is the successor to LaSalle Bank National Association ("LaSalle") as

administrative agent and is one of the lenders in connection with a senior secured credit facility

(the "Loan") governed by the terms of an Amended and Restated Credit Agreement, dated as of March 3, 2008 (the "Credit Agreement"), by and between defendant Continental Energy Services, LLC ("CES") as borrower, LaSalle as administrative agent, issuing lender and lender, and Amegy Bank National Association ("Amegy") and Compass Bank ("Compass") as lenders.

2.      The Credit Agreement was executed as an amendment to and restatement of an existing senior secured credit facility evidenced by a Credit Agreement dated March 9, 2008, by and between LaSalle as administrative agent, issuing lender, and lender, CES as borrower, and Compass and Amegy as lenders, for a credit facility up to the sum of $42,000,000. The credit facility, which is the subject of the Credit Agreement, consists of existing and future indebtedness under term loans and revolving loans up to an aggregate amount in excess of $47,500,000 (the outstanding amount of which is referred to collectively as the "Indebtedness").

3.      Pursuant to the terms of the Guaranty and Collateral Agreement dated as of March 9, 2007 (the "Security Agreement"), the Indebtedness is secured by among other things, (i) all of the personal property of CES and any proceeds from the sale or disposition of such property, and (ii) all of the personal property owned by, among other parties, defendant AOK Construction, LLC ("AOK"), and any proceeds from any sale or disposition of such personal property. The Bank's security interest in the personal property of AOK, as referenced above, was perfected on or about March 14, 2007, by the filing of a UCC-1 financing statement with the Oklahoma Secretary of State.

4.      The Bank agreed to allow CES and its affiliates (including AOK) to sell a portion of the collateral securing the Indebtedness in an advertised auction that took place on May 19, 2009, provided that all of the net proceeds of such auction were paid to the Bank to be applied to

the Indebtedness.  CES, with the Bank's consent, engaged Richie Bros., an internationally known auction company, to advertise the auction and to conduct the auction.

5.      The property sold at the May 19, 2009, auction consisted primarily of vehicles and equipment owned by CES's subsidiaries, including AOK.  With the exception of approximately 9 vehicles, which are subject to a first lien held by First National Bank and the proceeds from the sale of which will be paid to First National Bank, all of the property that was sold is the Bank's collateral, which secured the Indebtedness pursuant to the terms of the Security Agreement.  On information and belief, approximately one half of the property sold by Richie Bros. on May 19, 2009, was property owned by AOK, and the remainder was owned by Continental Energy Leasing, LLC, who is not a party to the captioned action.  As of May 18, 2009, the total amount of the Indebtedness, after allowing all just and lawful offsets, payments and credits, and exclusive of accrued but unpaid interest, was $34,500,000.

## RELEVANT PROCEDURAL BACKGROUND

6.      Plaintiff, Kirby-Smith Machinery, Inc. ("Kirby-Smith"), commenced the captioned action (the "State Court Action") on April 13, 2009, by filing a petition in Case No. CJ-2009-3493 in the District Court in and for Oklahoma County, State of Oklahoma (the "State Court").  On April 14, 2009, Kirby-Smith filed a First Amended Petition (the "Petition"), pursuant to which Kirby-Smith seeks a money judgment of $730,683.24 against AOK and CES.

7.      On May 1, 2009, Kirby-Smith filed a *Notice of Prejudgment Garnishment*. Therein, Kirby-Smith sought issuance by the Clerk of the State Court of a pre-judgment garnishment summons to be served on Richie Bros ("Summons").  The purported purpose of the Summons is to attach proceeds that Richie Bros. received from the sale of the Bank's collateral at the May 19, 2009, auction.  As noted, only approximately one half of the property sold at auction consisted of AOK's property.  None of defendant CES' property was sold at the auction.

3

8. On May 28, 2009, the State Court entered an *Agreed Order Authorizing Issuance of Plaintiff's Prejudgment Garnishment Without An Undertaking* (the "Agreed Order"). Pursuant thereto, the State Court issued the Summons on May 28, 2009, and served the Summons on Richie Bros. The Summons required Richie Bros., within ten (10) days of service of the Summons on it, or June 9, 2009, to pay to Kirby-Smith's attorney the sum of $730,638.24, together with costs of the principal action and costs of the garnishment proceeding (the "Garnished Proceeds").

9. On June 5, 2009, the Bank filed an *Unopposed Motion to Intervene* in the State Court Action for the purpose of asserting its interest in the Garnished Proceeds. On June 17, 2009, the State Court entered an *Agreed Order Granting Bank of America's Motion to Intervene and Authorizing Disbursement of Garnished Funds*. Pursuant to the Agreed Order, Richie Bros. was authorized and directed to disburse the Garnished Proceeds to the Bank subject to further orders of the State Court.

10. On June 10, 2009, Richie Bros. filed its Answer to the Summons, stating that it was holding the Garnished Proceeds (in the amount of $783,000) and had been directed by AOK and Kirby-Smith to submit same to the Bank. The Garnished Proceeds are currently held in a segregated account at the Bank pending further order of the State Court.

11. On June 26, 2009, AOK filed a voluntary petition under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. David J Askanase was appointed as chapter 7 trustee. On June 29, 2009, a Suggestion of Bankruptcy was filed in the State Court.

**BANKRUPTCY JURISDICTION**

12.     As set forth above, at issue in the State Court Action is whether the Bank, pursuant to its security interest, Kirby-Smith, pursuant to its pre-judgment garnishment lien, or AOK, as the owner of the collateral sold by Richie Bros. at auction, has a superior interest in the Garnished Proceeds.  Resolution of this issue constitutes a core proceeding, as it involves a determination of property of AOK's bankruptcy estate, the administration of AOK's bankruptcy estate, the allowance or disallowance of claims against the estate, and the determination of the validity, extent and priority of the parties' various lien and interests in the Garnished Proceeds. *See* 28 U.S.C. §§ 157(b)(2)(A), (b)(2)(B), (b)(2)(K).[1]

13.     Therefore, the State Court Action "arises in," or alternatively, is "related to" the chapter 7 bankruptcy case of AOK and is subject to this Court's bankruptcy jurisdiction, as authorized by 28 U.S.C. § 1334(b) (stating that federal district courts have "original jurisdiction of all civil proceedings … arising in or relating to cases under title 11").  Cases subject to such jurisdiction are removable under the authority of 28 U.S.C. § 1452(a) ("A party may remove any claim or cause of action … to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title").

14.     Unanimous consent of all parties to the State Court Action is not required for removal under 28 U.S.C. § 1452.  *E.g., Creasy v. Coleman Furniture Corp.*, 763 F.2d 655 (4th Cir. 1985).  Accordingly, this Notice of Removal is timely and properly filed pursuant to Fed. R. Bankr. P. 9027(a)(3).

---

[1]     To the extent that this Court determines that the State Court Action is a non-core proceeding, the Bank consents to the entry of final orders and judgment by a bankruptcy judge.

## NOTICE

15.     Pursuant to Rule 9027(b) of the Federal Rules of Bankruptcy Procedure, the Bank is serving counsel for AOK, CES and Kirby-Smith with this Notice of Removal per the attached Certificate of Service.   Additionally, pursuant to Fed. R. Bankr. P. 9027(b), the Bank has prepared and filed a Notice of Filing of Removal with the Clerk of the State Court.

16.     The filing of the Notice of Removal operates to effect the removal of the State Court Action pursuant to Rule 9027(c) of the Federal Rules of Bankruptcy Procedure.

## PROCESS AND PLEADINGS

17.     The pleadings filed to date in the State Court Action are attached hereto as **Exhibits 1-12** and incorporated herein by reference.

## RESERVATION

18.     No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, counterclaims and pleas are expressly reserved.

**WHEREFORE**, Kirby-Smith is hereby notified to proceed no further in the State Court Action.


[Rest of Page Intentionally Left Blank]

Dated this 8th day of July, 2009.

Respectfully submitted:

**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**

By:   /s/ Larry G. Ball             

Larry G. Ball, OBA #12205
Seth A. Day, OBA #20670
100 North Broadway, Suite 2900
Oklahoma City, Oklahoma 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855

-and-

Thomas A. Creekmore III, OBA #2011
John T. Richer, OBA #19554
320 South Boston, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

**COUNSEL FOR BANK OF AMERICA, N.A.**

## <u>CERTIFICATE OF SERVICE</u>

I, John T. Richer, certify that on the 8th day of July, 2009, I served a copy of the Notice of

Removal by facsimile and First Class Mail, postage prepaid, to the following:

Clay P. Booth                                     James K. Larimore
Kline and Kline, et al.                           Durbin, Larimore & Bialick, PC
720 N.E. 63rd Street                              920 North Harvey
Oklahoma City, OK 73105                           Oklahoma City, OK 73102

Warren F. Bickford
Fellers, Snider, et al.
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102

                          /s/ Larry G. Ball        

1002711.1:220631:00350

CJ04- 3443
Richs

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

Kirby-Smith Machinery, Inc.,  )
          )
   Plaintiff,    )
          )
v.           )  Case No.
          )
AOK Construction, LLC, and  )
Continental Energy Services, LLC, )
          )
   Defendants.   )

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

APR 1 3 2009

PATRICIA PRESLEY, COURT CLERK
by
     DEPUTY

## CJ -2009-3493

## PETITION

### FIRST CAUSE OF ACTION

  Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation ("Plaintiff" or "Kirby-Smith"), for its First Cause of Action against Defendant, AOK Construction, LLC, a Oklahoma limited liability company ("AOK Construction"), states:

  1.  On or about June 19, 2007, a certain credit application, which is attached hereto as Exhibit "A," was signed and delivered to Kirby-Smith pursuant to which Kirby-Smith opened a commercial credit account in the name of AOK Construction for the purpose of charging the rental of cranes, heavy equipment, and industrial equipment from Kirby-Smith and charging parts, goods, labor, and services from Kirby-Smith.

  2.  Based on said commercial credit account and as set forth on Kirby-Smith's statement of account, which is attached hereto as Exhibit "B," Kirby-Smith rented a certain heavy equipment and accessories therefor; provided certain parts and goods; and provided repair services, including related parts, goods and labor.

  3.  AOK Construction is indebted to Kirby-Smith as set forth on Kirby-Smith's statement of account, Exhibit "B," for equipment rental charges and other charges related thereto,

1

**EXHIBIT 1**

including accessories, taxes, delivery fees, parts, goods, and services; for parts and goods; and for repair services, including related parts, goods and labor, in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid, and for all costs, accrued and accruing, including a reasonable attorneys' fee for Kirby-Smith's attorneys, which account, Exhibit "B," is correct and which amounts are just, due, and owing by AOK Construction to Kirby-Smith.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendant, AOK Construction, LLC, an Oklahoma limited liability company, on its First Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

<h3 style="text-align:center">SECOND CAUSE OF ACTION</h3>

Kirby-Smith, for its Second Cause of Action against Defendant, Continental Energy Services, LLC, a Delaware limited liability company ("Continental"), states:

4.      Kirby-Smith adopts, realleges, restates and incorporates herein by reference all statements and allegations of Kirby-Smith's First Cause of Action as if fully set forth herein.

5.      Continental took the place of, and the assets of, AOK Construction. That there was a consolidation or merger of AOK Construction and Continental.

6.      Continental agreed to assume and pay the indebtedness referred to above to Kirby-Smith.

7.      Continental was, and is, a continuation of AOK Construction.

2

8.      AOK Construction's transfer of all its property, real and personal, to Continental was fraudulent within the meaning of the Oklahoma Fraudulent Transfer Act, 24 O.S. §§ 112 to 123.

9.      Continental is the alter ego of AOK Construction.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., prays judgment against Defendants, Continental Energy Services, LLC, a Delaware limited liability company, on its Second Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid;  for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

## THIRD CAUSE OF ACTION

Kirby-Smith, for its Second Cause of Action against AOK Construction and Continental, states:

10.     Kirby-Smith furnished valuable parts, goods, labor, and services to AOK Construction and Continental with a reasonable expectation of being compensated.

11.     AOK Construction and Continental knowingly accepted the benefit of Kirby-Smith's parts, goods, labor, and services.

12.     AOK Construction and Continental would be unfairly benefitted by receiving Kirby-Smith's parts, goods, labor, and services if no compensation were paid to Kirby-Smith.

13.     The fair value of the parts, goods, labor, and services that Kirby-Smith furnished to AOK Construction and Continental is the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid, and for all costs, accrued and accruing, including a reasonable attorneys' fee for Plaintiff's attorneys, which amounts are just, due, and owing by AOK Construction and Continental to Kirby-Smith.

3

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendants, AOK Construction, LLC, an Oklahoma limited liability company, and Continental Energy Services, LLC, a Delaware limited liability company, on its Third Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

## FOURTH CAUSE OF ACTION

Kirby-Smith, for its Fourth Cause of Action against AOK Construction and Continental, states:

14.     AOK Construction and Continental voluntarily accepted the benefits of Kirby-Smith's offer to obtain parts, goods, and services from Kirby-Smith when AOK Construction and Continental knew or should have known that Kirby-Smith made the offer intending to receive payment therefor.

15.     As AOK Construction and Continental knew or should have known, and as shown by the statement of account, Exhibit "B," the specific benefit that Kirby-Smith intended to receive from AOK Construction and Continental is the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid, and for all costs, accrued and accruing, including a reasonable attorneys' fee for Plaintiff's attorneys, which amounts are just, due, and owing by AOK Construction and Continental to Kirby-Smith.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendants, AOK Construction, LLC, an Oklahoma limited liability company, and

4

Continental Energy Services, LLC, a Delaware limited liability company, on its Fourth Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

Respectfully Submitted,

Clay P. Booth, OBA #17767
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK  73105-6405
Telephone:  (405) 848-4448
Facsimile:  (405) 842-4539
Attorneys for Plaintiff, Kirby-Smith Machinery, Inc.

ATTORNEYS' LIEN CLAIMED

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.*
Oklahoma County District Court
        Petition

3890-088

5

918429
Credit Ap Update

# AOK CONSTRUCTION, LLC

**COMPANY NAME: AOK CONSTRUCTION, LLC**
**MAILING ADDRESS: P.O. BOX 506 MCALESTER, OK 74502**
**SHIPPING ADDRESS: 9055 E. HWY 270, MCALESTER, OK 74502**
**OWNER'S NAME: CONTINENTAL ENERGY SERVICES**
**TYPE OF BUSINESS: UNDERGROUND PIPELINE**
**TAX ID#: 73-1597809**  **PO REQUIRED: YES**
**BANK NAME: LASALLE BANK N.A.**
**ADDRESS: 135 S LASALLE CHICAGO, IL 60603**
**TELEPHONE #: 312-904-8028 CONTACT: SEAN SILVER**

**CREDIT REFERENCES:**
**KIRBY SMITH MACHINERY**
**PO BOX 270360**
**OKC, OK 73137**
**TELEPHONE: 405-495-7820**
**FAX: 405-787-5973**

**NAPA AUTO**
**PO BOX 67**
**MCALESTER, OK 74501**
**TELEPHONE #: 918-423-4026**
**FAX #: 918-423-4763**

**WESTERN SUPPLIES**
**BOX 561**
**WICHITA FALLS, TX 76307**
**TELEPHONE #: 940-855-3401**
**FAX #: 940-855-7692**

**WARREN CAT**
**DEPT 1944**
**TULSA, OK 74182**
**TELEPHONE #: 918-627-4600**
**FAX #: 918-660-2392**

PO Box 506 • 9055 E. Highway 270 • McAlester, OK 74502 • 918 429-1341 • Fax 918-429-1342
aokconstruction11@earthlink.net

Greg D. Karpinsky - Pres.


EXHIBIT
A




# KIRBY-SMITH
## M A C H I N E R Y ,   I N C .



Customer 918429
AOK CONSTRUCTION, L.L.C.
April 10, 2009
Balance $730,683.24

| | Date | Invoice | Br | SD | Charges | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|---|
| 1. | 11/30/07 | SC032120 | 001 | | 58.86 | | | 58.86 |
| 2. | 12/06/07 | R43642 | 002 | R | 8,534.54 | | | 8,534.54 |
| 3. | 12/12/07 | R43810 | 002 | R | 8,138.78 | | | 8,138.78 |
| 4. | 12/25/07 | R44185 | 002 | R | 4,883.27 | | | 4,883.27 |
| 5. | 12/25/07 | R44210 | 002 | R | 5,371.59 | | | 5,371.59 |
| 6. | 12/31/07 | SC032397 | 001 | | 741.06 | | | 741.06 |
| 7. | 1/22/08 | R45179 | 004 | R | 4,812.42 | | | 4,812.42 |
| 8. | 1/22/08 | R45180 | 002 | R | 4,730.57 | | | 4,730.57 |
| 9. | 1/22/08 | R45181 | 002 | R | 6,348.24 | | | 6,348.24 |
| 10. | 1/31/08 | SC032651 | 001 | | 1,653.81 | | | 1,653.81 |
| 11. | 2/05/08 | R45641 | 002 | R | 6,369.95 | | | 6,369.95 |
| 12. | 2/29/08 | SC032900 | 001 | | 1,803.62 | | | 1,803.62 |
| 13. | 3/31/08 | SC033140 | 001 | | 2,213.92 | | | 2,213.92 |
| 14. | 4/30/08 | SC033373 | 001 | | 12,883.42 | | | 12,883.42 |
| 15. | 5/17/08 | T62111 | 002 | C | 4,216.43 | | | 4,216.43 |
| 16. | 5/29/08 | R49939 | 002 | R | 8,301.55 | | | 8,301.55 |
| 17. | 5/29/08 | R49957 | 004 | R | 4,851.00 | | | 4,851.00 |
| 18. | 5/31/08 | SC033621 | 001 | | 14,999.29 | | | 14,999.29 |
| 19. | 6/30/08 | SC033859 | 001 | | 4,488.03 | | | 4,488.03 |
| 20. | 7/31/08 | R52206 | 002 | R | 17,459.21 | 11,639.48- | | 5,819.73 |
| 21. | 7/31/08 | SC034081 | 001 | | 5,732.59 | | | 5,732.59 |
| 22. | 7/31/08 | U52529 | 002 | W | 2,344.79 | | | 2,344.79 |
| 23. | 8/05/08 | R52316 | 002 | R | 4,883.27 | | | 4,883.27 |
| 24. | 8/26/08 | R53060 | 002 | R | 2,194.60 | | | 2,194.60 |
| 25. | 8/31/08 | SC034320 | 001 | | 10,666.69 | | | 10,666.69 |
| 26. | 9/05/08 | R53603 | 002 | R | 162.78 | | | 162.78 |
| 27. | 9/06/08 | R53648 | 002 | R | 325.55 | | | 325.55 |
| 28. | 9/09/08 | R53676 | 002 | R | 218.00 | | | 218.00 |
| 29. | 9/16/08 | R53974 | 002 | R | 2,821.44 | 741.10- | 2,821.44- | 741.10- |
| 30. | 9/17/08 | T66255 | 002 | C | 2,037.82 | | | 2,037.82 |
| 31. | 9/23/08 | R54126 | 002 | R | 7,433.41 | | | 7,433.41 |
| 32. | 9/30/08 | R54430 | 002 | R | 3,776.87 | | | 3,776.87 |
| 33. | 9/30/08 | SC034575 | 001 | | 12,568.52 | | | 12,568.52 |
| 34. | 10/04/08 | R54621 | 002 | R | 3,808.95 | 3,808.95- | 3,808.95 | 3,808.95 |
| 35. | 10/07/08 | R45174 | 002 | R | | | 4,883.27- | 4,883.27- |
| 36. | 10/17/08 | R55039 | 002 | R | 4,340.68 | 340.68- | 4,340.68- | 340.68- |
| 37. | 10/21/08 | R55118 | 004 | R | 4,167.45 | 1,147.45- | | 3,020.00 |
| 38. | 10/21/08 | R55122 | 002 | R | 4,736.77 | | | 4,736.77 |
| 39. | 10/24/08 | R55346 | 002 | R | 5,635.50 | | | 5,635.50 |
| 40. | 10/31/08 | SC034824 | 001 | | 4,930.54 | | | 4,930.54 |
| 41. | 11/05/08 | R55665 | 002 | R | 5,263.07 | | 10,526.14- | 5,263.07- |
| 42. | 11/14/08 | R56082 | 002 | R | 4,340.68 | 340.68- | 4,340.68- | 340.68- |
| 43. | 11/18/08 | R56161 | 002 | R | 7,433.41 | | | 7,433.41 |
| 44. | 11/18/08 | R56164 | 002 | R | 4,736.77 | | | 4,736.77 |
| 45. | 11/19/08 | R56242 | 002 | R | 6,348.24 | | | 6,348.24 |
| 46. | 11/20/08 | R56283 | 002 | R | 4,736.77 | | | 4,736.77 |
| 47. | 11/21/08 | R56353 | 002 | R | 5,635.50 | 1,874.89- | 1,874.89 | 5,635.50 |

**Remit to:**
KSM Exchange, LLC
P.O. Box 270360
Oklahoma City, OK 73127

TEL (405) 495-7820                    FAX (405) 44



EXHIBIT
B





# KIRBY-SMITH

# MACHINERY, INC.



| | Date | Invoice | Br | SD | Charges | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|---|
| 48. | 11/22/08 | R56368 | 004 | R | 4,812.42 | | | 4,812.42 |
| 49. | 11/25/08 | R56394 | 002 | R | 3,650.07 | | | 3,650.07 |
| 50. | 11/25/08 | R56395 | 002 | R | 4,883.27 | | | 4,883.27 |
| 51. | 11/25/08 | R56396 | 002 | R | 6,348.24 | 2,116.08- | 2,116.08 | 6,348.24 |
| 52. | 11/25/08 | R56397 | 002 | R | 3,776.87 | | | 3,776.87 |
| 53. | 11/25/08 | R56400 | 002 | R | 5,371.59 | | | 5,371.59 |
| 54. | 11/25/08 | R56403 | 002 | R | 217.03 | | | 217.03 |
| 55. | 11/25/08 | R56476 | 002 | R | 3,808.95 | 3,808.95- | 1,798.84 | 1,798.84 |
| 56. | 11/25/08 | R56477 | 002 | R | 325.55 | | | 325.55 |
| 57. | 11/25/08 | R56478 | 002 | R | 3,906.61 | | | 3,906.61 |
| 58. | 11/25/08 | R56479 | 002 | R | 4,730.57 | | | 4,730.57 |
| 59. | 11/25/08 | R56480 | 002 | R | 162.78 | | | 162.78 |
| 60. | 11/25/08 | R56481 | 002 | R | 217.50 | | | 217.50 |
| 61. | 11/25/08 | R56483 | 002 | R | 4,730.57 | 1,414.30- | 1,414.30 | 4,730.57 |
| 62. | 11/25/08 | R56484 | 002 | R | 2,674.95 | | | 2,674.95 |
| 63. | 11/25/08 | R56485 | 002 | R | 1,551.79 | | | 1,551.79 |
| 64. | 11/25/08 | R56486 | 002 | R | 4,796.00 | 3,188.25- | 3,188.25 | 4,796.00 |
| 65. | 11/25/08 | R56487 | 002 | R | 5,668.00 | | | 5,668.00 |
| 66. | 11/26/08 | R56504 | 004 | R | 4,851.00 | | | 4,851.00 |
| 67. | 11/29/08 | R56604 | 004 | R | 4,851.00 | | | 4,851.00 |
| 68. | 11/30/08 | SC035050 | 001 | | 4,954.18 | | | 4,954.18 |
| 69. | 12/04/08 | R56640 | 002 | R | 4,883.27 | | | 4,883.27 |
| 70. | 12/04/08 | R56647 | 002 | R | 4,736.77 | | | 4,736.77 |
| 71. | 12/04/08 | R56651 | 002 | R | 8,534.54 | 5,689.69- | | 2,844.85 |
| 72. | 12/04/08 | R56663 | 002 | R | 4,796.00 | | | 4,796.00 |
| 73. | 12/05/08 | R53428 | 002 | | | | 3,776.87- | 3,776.87- |
| 74. | 12/05/08 | R56785 | 002 | R | 5,642.88 | | | 5,642.88 |
| 75. | 12/06/08 | R56808 | 002 | R | 6,369.95 | | | 6,369.95 |
| 76. | 12/06/08 | T67308 | 002 | C | 2,998.51 | | | 2,998.51 |
| 77. | 12/09/08 | R56826 | 002 | R | 4,736.77 | | | 4,736.77 |
| 78. | 12/09/08 | R56828 | 002 | R | 4,883.27 | | | 4,883.27 |
| 79. | 12/10/08 | L15991 | 004 | C | 71.34 | | | 71.34 |
| 80. | 12/10/08 | R56890 | 002 | R | 6,348.24 | | | 6,348.24 |
| 81. | 12/10/08 | R56892 | 002 | R | 4,730.57 | | | 4,730.57 |
| 82. | 12/10/08 | R56894 | 002 | R | 8,138.78 | | | 8,138.78 |
| 83. | 12/10/08 | R56897 | 002 | R | 4,768.50 | | | 4,768.50 |
| 84. | 12/11/08 | R56927 | 002 | R | 6,348.24 | | | 6,348.24 |
| 85. | 12/11/08 | R56928 | 002 | R | 8,301.55 | | | 8,301.55 |
| 86. | 12/12/08 | R56984 | 002 | R | 4,000.00 | | | 4,000.00 |
| 87. | 12/16/08 | R57072 | 002 | R | 2,194.60 | | | 2,194.60 |
| 88. | 12/16/08 | R57075 | 002 | R | 4,736.77 | | | 4,736.77 |
| 89. | 12/17/08 | R57183 | 002 | R | 6,348.24 | 1,410.72- | | 4,937.52 |
| 90. | 12/17/08 | U53830 | 002 | W | 228.90 | | | 228.90 |
| 91. | 12/18/08 | R57228 | 002 | R | 4,736.77 | 4,274.77- | 4,274.77 | 4,736.77 |
| 92. | 12/19/08 | R57283 | 002 | R | 2,682.29 | | | 2,682.29 |
| 93. | 12/23/08 | R57336 | 002 | R | 3,650.07 | | | 3,650.07 |
| 94. | 12/23/08 | R57337 | 002 | R | 4,883.27 | | | 4,883.27 |
| 95. | 12/23/08 | R57339 | 004 | R | 4,812.42 | | | 4,812.42 |
| 96. | 12/23/08 | R57340 | 002 | R | 3,776.87 | | | 3,776.87 |
| 97. | 12/23/08 | R57344 | 002 | R | 5,371.59 | | | 5,371.59 |
| 98. | 12/23/08 | R57345 | 002 | R | 217.03 | | | 217.03 |



# KIRBY-SMITH

## MACHINERY, INC.



| | Date | Invoice | Br | SD | Charges | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|---|
| 99. | 12/23/08 | T69495 | 002 | C | 1,699.61 | | | 1,699.61 |
| 100. | 12/23/08 | U54193 | 002 | W | 349.61 | | | 349.61 |
| 101. | 12/24/08 | R57413 | 002 | R | 2,674.95 | | | 2,674.95 |
| 102. | 12/24/08 | R57434 | 002 | R | 1,551.79 | | | 1,551.79 |
| 103. | 12/24/08 | R57435 | 002 | R | 4,796.00 | 4,796.00- | 2,239.96 | 2,239.96 |
| 104. | 12/24/08 | R57441 | 002 | R | 5,668.00 | | | 5,668.00 |
| 105. | 12/24/08 | R57444 | 002 | R | 325.55 | | | 325.55 |
| 106. | 12/24/08 | R57445 | 002 | R | 4,883.27 | | | 4,883.27 |
| 107. | 12/24/08 | R57446 | 002 | R | 3,906.61 | | | 3,906.61 |
| 108. | 12/24/08 | R57448 | 002 | R | 4,730.57 | | | 4,730.57 |
| 109. | 12/24/08 | R57449 | 002 | R | 162.78 | | | 162.78 |
| 110. | 12/24/08 | R57450 | 002 | R | 4,736.77 | 2,336.88- | | 2,399.89 |
| 111. | 12/24/08 | T69517 | 002 | C | 88.57 | | | 88.57 |
| 112. | 12/24/08 | T69519 | 002 | C | 602.07 | | | 602.07 |
| 113. | 12/26/08 | R57479 | 004 | R | 4,851.00 | | | 4,851.00 |
| 114. | 12/30/08 | R57500 | 002 | R | 217.50 | | | 217.50 |
| 115. | 12/30/08 | R57511 | 004 | R | 4,851.00 | 1,639.78- | | 3,211.22 |
| 116. | 12/31/08 | SC035295 | 001 | | 6,673.94 | | | 6,673.94 |
| 117. | 12/31/08 | U53593 | 002 | W | 9,544.61 | | | 9,544.61 |
| 118. | 1/06/09 | R57699 | 002 | R | 6,369.95 | | | 6,369.95 |
| 119. | 1/06/09 | R57702 | 002 | R | 4,736.77 | | | 4,736.77 |
| 120. | 1/06/09 | R57707 | 002 | R | 4,883.27 | | | 4,883.27 |
| 121. | 1/06/09 | R57727 | 002 | R | 5,642.88 | | | 5,642.88 |
| 122. | 1/07/09 | R57804 | 002 | R | 6,348.24 | | | 6,348.24 |
| 123. | 1/07/09 | R57807 | 002 | R | 4,730.57 | | | 4,730.57 |
| 124. | 1/07/09 | R57812 | 002 | R | 4,768.50 | | | 4,768.50 |
| 125. | 1/07/09 | U53910 | 002 | W | 2,193.20 | | | 2,193.20 |
| 126. | 1/08/09 | R57851 | 002 | R | 6,348.24 | | | 6,348.24 |
| 127. | 1/08/09 | R57852 | 002 | R | 8,301.55 | | | 8,301.55 |
| 128. | 1/09/09 | R57889 | 002 | R | 4,000.00 | | | 4,000.00 |
| 129. | 1/10/09 | T69902 | 002 | C | 108.95 | | | 108.95 |
| 130. | 1/13/09 | R57959 | 002 | R | 2,194.60 | | | 2,194.60 |
| 131. | 1/13/09 | R57961 | 002 | R | 4,736.77 | | | 4,736.77 |
| 132. | 1/16/09 | R58117 | 002 | R | 2,682.29 | | | 2,682.29 |
| 133. | 1/17/09 | R58149 | 002 | R | 266.00 | | | 266.00 |
| 134. | 1/20/09 | R58172 | 002 | R | 3,650.07 | | | 3,650.07 |
| 135. | 1/20/09 | R58173 | 002 | R | 4,883.27 | | | 4,883.27 |
| 136. | 1/20/09 | R58175 | 002 | R | 3,776.87 | | | 3,776.87 |
| 137. | 1/20/09 | R58181 | 002 | R | 217.03 | | | 217.03 |
| 138. | 1/21/09 | R58232 | 002 | R | 2,674.95 | 1,182.84- | | 1,492.11 |
| 139. | 1/21/09 | R58234 | 004 | R | 126.00 | | | 126.00 |
| 140. | 1/21/09 | T70193 | 002 | C | 4,939.13 | | | 4,939.13 |
| 141. | 1/22/09 | R58252 | 002 | R | 3,906.61 | | | 3,906.61 |
| 142. | 1/22/09 | R58253 | 002 | R | 4,730.57 | | | 4,730.57 |
| 143. | 1/22/09 | R58255 | 004 | R | 4,812.42 | 2,408.57- | | 2,403.85 |
| 144. | 1/23/09 | R58278 | 002 | R | 162.78 | | | 162.78 |
| 145. | 1/23/09 | R58287 | 002 | R | 5,668.00 | | | 5,668.00 |
| 146. | 1/23/09 | U54329 | 002 | W | 3,444.17 | | | 3,444.17 |
| 147. | 1/24/09 | R58319 | 002 | R | 325.55 | | | 325.55 |
| 148. | 1/24/09 | R58320 | 002 | R | 574.00 | | | 574.00 |
| 149. | 1/27/09 | R58354 | 002 | R | 218.00 | | | 218.00 |




# KIRBY-SMITH
## MACHINERY, INC.



| | | | | | | |
|---|---|---|---|---|---|---|
| 150. | 1/27/09 | R58357 | 002 R | 1,551.79 | 1,036.34– | 515.45 |
| 151. | 1/27/09 | T70365 | 002 C | 618.66 | | 618.66 |
| 152. | 1/29/09 | R58423 | 002 R | 4,883.27 | | 4,883.27 |
| 153. | 1/30/09 | R58459 | 002 R | 5,642.88 | | 5,642.88 |
| 154. | 1/31/09 | K80480 | 001 W | 1,292.22 | | 1,292.22 |
| 155. | 1/31/09 | SC035530 | 001 | 6,090.08 | | 6,090.08 |
| 156. | 1/31/09 | T70158 | 002 C | 495.28 | | 495.28 |
| 157. | 1/31/09 | U54442 | 002 W | 4,434.91 | | 4,434.91 |
| 158. | 1/31/09 | U54476 | 002 W | 1,313.85 | | 1,313.85 |
| 159. | 2/05/09 | R58530 | 002 R | 6,348.24 | 5,237.88– | 1,110.36 |
| 160. | 2/05/09 | R58531 | 002 R | 337.50 | | 337.50 |
| 161. | 2/05/09 | R58534 | 002 R | 4,730.57 | 4,388.57– | 342.00 |
| 162. | 2/05/09 | R58538 | 002 R | 4,883.27 | | 4,883.27 |
| 163. | 2/05/09 | R58550 | 002 R | 4,768.50 | 1,238.44– | 3,530.06 |
| 164. | 2/05/09 | U54201 | 002 W | 7,694.46 | | 7,694.46 |
| 165. | 2/05/09 | U54444 | 002 W | 11,731.53 | | 11,731.53 |
| 166. | 2/05/09 | U54592 | 002 W | 1,060.89 | | 1,060.89 |
| 167. | 2/10/09 | R58695 | 002 R | 2,194.60 | 1,920.17– | 274.43 |
| 168. | 2/10/09 | R58696 | 002 R | 4,736.77 | 243.93– | 4,492.84 |
| 169. | 2/10/09 | R58697 | 002 R | 112.50 | | 112.50 |
| 170. | 2/13/09 | R54068 | 002 R | | 340.68– | 340.68– |
| 171. | 2/13/09 | R58842 | 002 R | 1,804.45 | 1,727.95– | 76.50 |
| 172. | 2/13/09 | R58E44 | 002 R | 2,682.29 | 2,596.79– | 85.50 |
| 173. | 2/14/09 | U54730 | 002 W | 2,864.27 | | 2,864.27 |
| 174. | 2/17/09 | R58896 | 002 R | 3,650.07 | 2,027.82– | 1,622.25 |
| 175. | 2/17/09 | R58897 | 002 R | 4,883.27 | 3,044.01– | 1,839.26 |
| 176. | 2/17/09 | R58902 | 002 R | 217.03 | | 217.03 |
| 177. | 2/18/09 | U54344 | 002 W | 6,019.56 | | 6,019.56 |
| 178. | 2/19/09 | R58976 | 002 R | 3,906.61 | 2,939.48– | 967.13 |
| 179. | 2/19/09 | R58977 | 002 R | 216.75 | | 216.75 |
| 180. | 2/19/09 | U54439 | 002 W | 1,507.19 | | 1,507.19 |
| 181. | 2/20/09 | R59012 | 002 R | 162.78 | | 162.78 |
| 182. | 2/20/09 | R59018 | 002 R | 5,668.00 | 5,533.00– | 135.00 |
| 183. | 2/21/09 | R59038 | 002 R | 325.55 | 108.52– | 217.03 |
| 184. | 2/26/09 | R59161 | 002 R | 67.50 | | 67.50 |
| 185. | 2/27/09 | R59203 | 002 R | 5,642.88 | 3,472.12– | 2,170.76 |
| 186. | 2/28/09 | D08098 | 004 W | 2,894.66 | | 2,894.66 |
| 187. | 2/28/09 | SC035745 | 001 | 7,562.08 | | 7,562.08 |
| 188. | 2/28/09 | U54841 | 002 W | 3,020.23 | | 3,020.23 |
| 189. | 3/04/09 | R59270 | 002 R | 171.00 | | 171.00 |
| 190. | 3/04/09 | U54543 | 002 W | 6,412.74 | | 6,412.74 |
| 191. | 3/04/09 | U54842 | 002 W | 1,856.82 | | 1,856.82 |
| 192. | 3/06/09 | U54196 | 002 W | 2,836.63 | | 2,836.63 |
| 193. | 3/11/09 | U54873 | 002 W | 2,693.69 | | 2,693.69 |
| 194. | 3/13/09 | U54886 | 002 W | 6,205.09 | | 6,205.09 |
| 195. | 3/13/09 | U54952 | 002 W | 3,970.78 | | 3,970.78 |
| 196. | 3/14/09 | U54665 | 002 W | 7,927.91 | | 7,927.91 |
| 197. | 3/17/09 | R59633 | 002 R | 217.03 | | 217.03 |
| 198. | 3/19/09 | R59703 | 002 R | 216.75 | | 216.75 |
| 199. | 3/19/09 | U54946 | 002 W | 2,444.30 | | 2,444.30 |
| 200. | 3/24/09 | U55037 | 002 W | 3,255.51 | | 3,255.51 |
| 201. | 3/31/09 | SC035955 | 001 | 7,383.77 | | 7,383.77 |

*1009406740*

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

APR 1 4 2009

PATRICIA PRESLEY, COURT CLERK
by_____
DEPUTY

| | |
|---|---|
| Kirby-Smith Machinery, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  CJ-2009-3493 |
| | ) |
| AOK Construction, LLC, and | ) |
| Continental Energy Services, LLC, | ) |
| | ) |
| Defendants. | ) |

## FIRST AMENDED PETITION

### FIRST CAUSE OF ACTION

Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation ("Plaintiff" or "Kirby-Smith"), for its First Cause of Action against Defendant, AOK Construction, LLC, a Oklahoma limited liability company ("AOK Construction"), states:

1.      On or about September 30, 2008, a certain credit application, which is attached hereto as Exhibit "A," was signed and delivered to Kirby-Smith pursuant to which Kirby-Smith opened a commercial credit account in the name of AOK Construction for the purpose of charging the rental of cranes, heavy equipment, and industrial equipment from Kirby-Smith and charging parts, goods, labor, and services from Kirby-Smith.

2.      Based on said commercial credit account and as set forth on Kirby-Smith's statement of account, which is attached hereto as Exhibit "B," Kirby-Smith rented a certain heavy equipment and accessories therefor; provided certain parts and goods; and provided repair services, including related parts, goods and labor.

3.      AOK Construction is indebted to Kirby-Smith as set forth on Kirby-Smith's statement of account, Exhibit "B," for equipment rental charges and other charges related thereto,

1

**EXHIBIT 2**

including accessories, taxes, delivery fees, parts, goods, and services; for parts and goods; and for repair services, including related parts, goods and labor, in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid, and for all costs, accrued and accruing, including a reasonable attorneys' fee for Kirby-Smith's attorneys, which account, Exhibit "B," is correct and which amounts are just, due, and owing by AOK Construction to Kirby-Smith.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendant, AOK Construction, LLC, an Oklahoma limited liability company, on its First Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

## SECOND CAUSE OF ACTION

Kirby-Smith, for its Second Cause of Action against Defendant, Continental Energy Services, LLC, a Delaware limited liability company ("Continental"), states:

4.    Kirby-Smith adopts, realleges, restates and incorporates herein by reference all statements and allegations of Kirby-Smith's First Cause of Action as if fully set forth herein.

5.    Continental took the place of, and the assets of, AOK Construction. That there was a consolidation or merger of AOK Construction and Continental.

6.    Continental expressly or implicitly agreed to assume or pay the indebtedness referred to above to Kirby-Smith.

7.    Continental was, and is, a continuation of AOK Construction.

2

8.     AOK Construction's transfer of all or substantially all its property to Continental was fraudulent in fact.

9.     AOK Construction's transfer of all or substantially all its property to Continental was fraudulent within the meaning of the Oklahoma Fraudulent Transfer Act, 24 O.S. §§ 112 to 123.

10.     Continental is the alter ego of AOK Construction.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., prays judgment against Defendants, Continental Energy Services, LLC, a Delaware limited liability company, on its Second Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

### THIRD CAUSE OF ACTION

Kirby-Smith, for its Second Cause of Action against AOK Construction and Continental, states:

11.     Kirby-Smith furnished valuable parts, goods, labor, and services to AOK Construction and Continental with a reasonable expectation of being compensated.

12.     AOK Construction and Continental knowingly accepted the benefit of Kirby-Smith's parts, goods, labor, and services.

13.     AOK Construction and Continental would be unfairly benefitted by receiving Kirby-Smith's parts, goods, labor, and services if no compensation were paid to Kirby-Smith.

14.     The fair value of the parts, goods, labor, and services that Kirby-Smith furnished to AOK Construction and Continental is the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid,

3

and for all costs, accrued and accruing, including a reasonable attorneys' fee for Plaintiff's attorneys, which amounts are just, due, and owing by AOK Construction and Continental to Kirby-Smith.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendants, AOK Construction, LLC, an Oklahoma limited liability company, and Continental Energy Services, LLC, a Delaware limited liability company, on its Third Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

## FOURTH CAUSE OF ACTION

Kirby-Smith, for its Fourth Cause of Action against AOK Construction and Continental, states:

15.    AOK Construction and Continental voluntarily accepted the benefits of Kirby-Smith's offer to obtain parts, goods, and services from Kirby-Smith when AOK Construction and Continental knew or should have known that Kirby-Smith made the offer intending to receive payment therefor.

16.    As AOK Construction and Continental knew or should have known, and as shown by the statement of account, Exhibit "B," the specific benefit that Kirby-Smith intended to receive from AOK Construction and Continental is the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid, and for all costs, accrued and accruing, including a reasonable attorneys' fee for Plaintiff's attorneys, which amounts are just, due, and owing by AOK Construction and Continental to Kirby-Smith.

4

WHEREFORE,  Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendants, AOK Construction, LLC, an Oklahoma limited liability company, and Continental Energy Services, LLC, a Delaware limited liability company, on its Fourth Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid;  for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys;  and for such other and further relief as this Court deems just and equitable.

Respectfully Submitted,

Clay P. Booth, OBA #11767
- for the firm -
ATTORNEYS' LIEN CLAIMED                    KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK  73105-6405
Telephone:  (405) 848-4448
Facsimile:  (405) 842-4539
Attorneys for Plaintiff, Kirby-Smith Machinery, Inc.

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.*
Oklahoma County District Court, Case No. CJ-2009-3493
    First Amended Petition

3890-088

5

09/30/2008  18:08 FAX                                                    -K                              @003/003
09/30/2008  15:54      18707322783              RAZORBACK CONCRETE                          PAGE  03/03
09/30/2008  TUE 13:59   FAX 918 429 1342 AOK Construction                                   @002/002

918429
Credit Ap Update



# AOK CONSTRUCTION, LLC

**COMPANY NAME:** AOK CONSTRUCTION, LLC
**MAILING ADDRESS:** P.O. BOX 308 MCALESTER, OK 74502
**SHIPPING ADDRESS:** 9055 E. HWY 270, MCALESTER, OK 74502
**OWNER'S NAME:** CONTINENTAL ENERGY SERVICES
**TYPE OF BUSINESS:** UNDERGROUND PIPELINE
**TAX ID#:** 73-1597609      **PO REQUIRED:** YES
**BANK NAME:** LASALLE BANK N.A.
**ADDRESS:** 135 S LASALLE CHICAGO, IL 60603
**TELEPHONE #:** 312-904-9028  **CONTACT:** SEAN SILVER

**CREDIT REFERENCES:**
KIRBY SMITH MACHINERY
PO BOX 270360
OKC, OK 73137
TELEPHONE: 405-495-7820
FAX: 405-787-5973

NAPA AUTO
PO BOX 67
MCALESTER, OK 74501
TELEPHONE #: 918-423-4025
FAX #: 918-423-4783

WESTERN SUPPLIES
BOX 551
WICHITA FALLS, TX 76307
TELEPHONE #: 940-655-3461
FAX #: 940-855-7692

WARREN CAT
DEPT 1944
TULSA, OK 74182
TELEPHONE #: 918-527-4550
FAX #: 918-560-2392

Greg D. Karpenchy - Pres.

EXHIBIT
A
tabbies






# KIRBY-SMITH MACHINERY, INC.

Customer 918429
AOK CONSTRUCTION, L.L.C.
April 10, 2009
Balance $730,683.24

| | Date | Invoice | Br | SD | Charges | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|---|
| 1. | 11/30/07 | SC032120 | 001 | | 58.86 | | | 58.86 |
| 2. | 12/06/07 | R43642 | 002 | R | 8,534.54 | | | 8,534.54 |
| 3. | 12/12/07 | R43810 | 002 | R | 8,138.78 | | | 8,138.78 |
| 4. | 12/25/07 | R44185 | 002 | R | 4,883.27 | | | 4,883.27 |
| 5. | 12/25/07 | R44210 | 002 | R | 5,371.59 | | | 5,371.59 |
| 6. | 12/31/07 | SC032397 | 001 | | 741.06 | | | 741.06 |
| 7. | 1/22/08 | R45179 | 004 | R | 4,812.42 | | | 4,812.42 |
| 8. | 1/22/08 | R45180 | 002 | R | 4,730.57 | | | 4,730.57 |
| 9. | 1/22/08 | R45181 | 002 | R | 6,348.24 | | | 6,348.24 |
| 10. | 1/31/08 | SC032651 | 001 | | 1,653.81 | | | 1,653.81 |
| 11. | 2/05/08 | R45641 | 002 | R | 6,369.95 | | | 6,369.95 |
| 12. | 2/29/08 | SC032900 | 001 | | 1,803.62 | | | 1,803.62 |
| 13. | 3/31/08 | SC033140 | 001 | | 2,213.92 | | | 2,213.92 |
| 14. | 4/30/08 | SC033373 | 001 | | 12,883.42 | | | 12,883.42 |
| 15. | 5/17/08 | T62111 | 002 | C | 4,216.43 | | | 4,216.43 |
| 16. | 5/29/08 | R49939 | 002 | R | 8,301.55 | | | 8,301.55 |
| 17. | 5/29/08 | R49957 | 004 | R | 4,851.00 | | | 4,851.00 |
| 18. | 5/31/08 | SC033621 | 001 | | 14,999.29 | | | 14,999.29 |
| 19. | 6/30/08 | SC033859 | 001 | | 4,488.03 | | | 4,488.03 |
| 20. | 7/31/08 | R52206 | 002 | R | 17,459.21 | 11,639.48− | | 5,819.73 |
| 21. | 7/31/08 | SC034081 | 001 | | 5,732.59 | | | 5,732.59 |
| 22. | 7/31/08 | U52529 | 002 | W | 2,344.79 | | | 2,344.79 |
| 23. | 8/05/08 | R52316 | 002 | R | 4,883.27 | | | 4,883.27 |
| 24. | 8/26/08 | R53060 | 002 | R | 2,194.60 | | | 2,194.60 |
| 25. | 8/31/08 | SC034320 | 001 | | 10,666.69 | | | 10,666.69 |
| 26. | 9/05/08 | R53603 | 002 | R | 162.78 | | | 162.78 |
| 27. | 9/06/08 | R53648 | 002 | R | 325.55 | | | 325.55 |
| 28. | 9/09/08 | R53676 | 002 | R | 218.00 | | | 218.00 |
| 29. | 9/16/08 | R53974 | 002 | R | 2,821.44 | 741.10− | 2,821.44− | 741.10− |
| 30. | 9/17/08 | T66255 | 002 | C | 2,037.82 | | | 2,037.82 |
| 31. | 9/23/08 | R54126 | 002 | R | 7,433.41 | | | 7,433.41 |
| 32. | 9/30/08 | R54430 | 002 | R | 3,776.87 | | | 3,776.87 |
| 33. | 9/30/08 | SC034575 | 001 | | 12,568.52 | | | 12,568.52 |
| 34. | 10/04/08 | R54621 | 002 | R | 3,808.95 | 3,808.95− | 3,808.95 | 3,808.95 |
| 35. | 10/07/08 | R45174 | 002 | R | | | 4,883.27− | 4,883.27− |
| 36. | 10/17/08 | R55039 | 002 | R | 4,340.68 | 340.68− | 4,340.68− | 340.68− |
| 37. | 10/21/08 | R55118 | 004 | R | 4,167.45 | 1,147.45− | | 3,020.00 |
| 38. | 10/21/08 | R55122 | 002 | R | 4,736.77 | | | 4,736.77 |
| 39. | 10/24/08 | R55346 | 002 | R | 5,635.50 | | | 5,635.50 |
| 40. | 10/31/08 | SC034824 | 001 | | 4,930.54 | | | 4,930.54 |
| 41. | 11/05/08 | R55665 | 002 | R | 5,263.07 | | 10,526.14− | 5,263.07− |
| 42. | 11/14/08 | R56082 | 002 | R | 4,340.68 | 340.68− | 4,340.68− | 340.68− |
| 43. | 11/18/08 | R56161 | 002 | R | 7,433.41 | | | 7,433.41 |
| 44. | 11/18/08 | R56164 | 002 | R | 4,736.77 | | | 4,736.77 |
| 45. | 11/19/08 | R56242 | 002 | R | 6,348.24 | | | 6,348.24 |
| 46. | 11/20/08 | R56283 | 002 | R | 4,736.77 | | | 4,736.77 |
| 47. | 11/21/08 | R56353 | 002 | R | 5,635.50 | 1,874.89− | 1,874.89 | 5,635.50 |

**Remit to:**
**KSM Exchange, LLC**
**P.O. Box 270360**
**Oklahoma City, OK 73127**

TEL (405) 495-7820

FAX (405) 44

EXHIBIT
B





KIRBY-SMITH
MACHINERY, INC.

| | Date | Invoice | Br | SD | Charges | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|---|
| 48. | 11/22/08 | R56368 | 004 | R | 4,812.42 | | | 4,812.42 |
| 49. | 11/25/08 | R56394 | 002 | R | 3,650.07 | | | 3,650.07 |
| 50. | 11/25/08 | R56395 | 002 | R | 4,883.27 | | | 4,883.27 |
| 51. | 11/25/08 | R56396 | 002 | R | 6,348.24 | 2,116.08- | 2,116.08 | 6,348.24 |
| 52. | 11/25/08 | R56397 | 002 | R | 3,776.87 | | | 3,776.87 |
| 53. | 11/25/08 | R56400 | 002 | R | 5,371.59 | | | 5,371.59 |
| 54. | 11/25/08 | R56403 | 002 | R | 217.03 | | | 217.03 |
| 55. | 11/25/08 | R56476 | 002 | R | 3,808.95 | 3,808.95- | 1,798.84 | 1,798.84 |
| 56. | 11/25/08 | R56477 | 002 | R | 325.55 | | | 325.55 |
| 57. | 11/25/08 | R56478 | 002 | R | 3,906.61 | | | 3,906.61 |
| 58. | 11/25/08 | R56479 | 002 | R | 4,730.57 | | | 4,730.57 |
| 59. | 11/25/08 | R56480 | 002 | R | 162.78 | | | 162.78 |
| 60. | 11/25/08 | R56481 | 002 | R | 217.50 | | | 217.50 |
| 61. | 11/25/08 | R56483 | 002 | R | 4,730.57 | 1,414.30- | 1,414.30 | 4,730.57 |
| 62. | 11/25/08 | R56484 | 002 | R | 2,674.95 | | | 2,674.95 |
| 63. | 11/25/08 | R56485 | 002 | R | 1,551.79 | | | 1,551.79 |
| 64. | 11/25/08 | R56486 | 002 | R | 4,796.00 | 3,188.25- | 3,188.25 | 4,796.00 |
| 65. | 11/25/08 | R56487 | 002 | R | 5,668.00 | | | 5,668.00 |
| 66. | 11/26/08 | R56504 | 004 | R | 4,851.00 | | | 4,851.00 |
| 67. | 11/29/08 | R56604 | 004 | R | 4,851.00 | | | 4,851.00 |
| 68. | 11/30/08 | SC035050 | 001 | | 4,954.18 | | | 4,954.18 |
| 69. | 12/04/08 | R56640 | 002 | R | 4,883.27 | | | 4,883.27 |
| 70. | 12/04/08 | R56647 | 002 | R | 4,736.77 | | | 4,736.77 |
| 71. | 12/04/08 | R56651 | 002 | R | 8,534.54 | 5,689.69- | | 2,844.85 |
| 72. | 12/04/08 | R56663 | 002 | R | 4,796.00 | | | 4,796.00 |
| 73. | 12/05/08 | R53428 | 002 | | | | 3,776.87- | 3,776.87- |
| 74. | 12/05/08 | R56785 | 002 | R | 5,642.88 | | | 5,642.88 |
| 75. | 12/06/08 | R56808 | 002 | R | 6,369.95 | | | 6,369.95 |
| 76. | 12/06/08 | T67308 | 002 | C | 2,998.51 | | | 2,998.51 |
| 77. | 12/09/08 | R56826 | 002 | R | 4,736.77 | | | 4,736.77 |
| 78. | 12/09/08 | R56828 | 002 | R | 4,883.27 | | | 4,883.27 |
| 79. | 12/10/08 | L15991 | 004 | C | 71.34 | | | 71.34 |
| 80. | 12/10/08 | R56890 | 002 | R | 6,348.24 | | | 6,348.24 |
| 81. | 12/10/08 | R56892 | 002 | R | 4,730.57 | | | 4,730.57 |
| 82. | 12/10/08 | R56894 | 002 | R | 8,138.78 | | | 8,138.78 |
| 83. | 12/10/08 | R56897 | 002 | R | 4,768.50 | | | 4,768.50 |
| 84. | 12/11/08 | R56927 | 002 | R | 6,348.24 | | | 6,348.24 |
| 85. | 12/11/08 | R56928 | 002 | R | 8,301.55 | | | 8,301.55 |
| 86. | 12/12/08 | R56984 | 002 | R | 4,000.00 | | | 4,000.00 |
| 87. | 12/16/08 | R57072 | 002 | R | 2,194.60 | | | 2,194.60 |
| 88. | 12/16/08 | R57075 | 002 | R | 4,736.77 | | | 4,736.77 |
| 89. | 12/17/08 | R57183 | 002 | R | 6,348.24 | 1,410.72- | | 4,937.52 |
| 90. | 12/17/08 | U53830 | 002 | W | 228.90 | | | 228.90 |
| 91. | 12/18/08 | R57228 | 002 | R | 4,736.77 | 4,274.77- | 4,274.77 | 4,736.77 |
| 92. | 12/19/08 | R57283 | 002 | R | 2,682.29 | | | 2,682.29 |
| 93. | 12/23/08 | R57336 | 002 | R | 3,650.07 | | | 3,650.07 |
| 94. | 12/23/08 | R57337 | 002 | R | 4,883.27 | | | 4,883.27 |
| 95. | 12/23/08 | R57339 | 004 | R | 4,812.42 | | | 4,812.42 |
| 96. | 12/23/08 | R57340 | 002 | R | 3,776.87 | | | 3,776.87 |
| 97. | 12/23/08 | R57344 | 002 | R | 5,371.59 | | | 5,371.59 |
| 98. | 12/23/08 | R57345 | 002 | R | 217.03 | | | 217.03 |





# KIRBY-SMITH MACHINERY, INC.

| | Date | Invoice | Br | SD | Charges | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|---|
| 99. | 12/23/08 | T69495 | 002 | C | 1,699.61 | | | 1,699.61 |
| 100. | 12/23/08 | U54193 | 002 | W | 349.61 | | | 349.61 |
| 101. | 12/24/08 | R57413 | 002 | R | 2,674.95 | | | 2,674.95 |
| 102. | 12/24/08 | R57434 | 002 | R | 1,551.79 | | | 1,551.79 |
| 103. | 12/24/08 | R57435 | 002 | R | 4,796.00 | 4,796.00- | 2,239.96 | 2,239.96 |
| 104. | 12/24/08 | R57441 | 002 | R | 5,668.00 | | | 5,668.00 |
| 105. | 12/24/08 | R57444 | 002 | R | 325.55 | | | 325.55 |
| 106. | 12/24/08 | R57445 | 002 | R | 4,883.27 | | | 4,883.27 |
| 107. | 12/24/08 | R57446 | 002 | R | 3,906.61 | | | 3,906.61 |
| 108. | 12/24/08 | R57448 | 002 | R | 4,730.57 | | | 4,730.57 |
| 109. | 12/24/08 | R57449 | 002 | R | 162.78 | | | 162.78 |
| 110. | 12/24/08 | R57450 | 002 | R | 4,736.77 | 2,336.88- | | 2,399.89 |
| 111. | 12/24/08 | T69517 | 002 | C | 88.57 | | | 88.57 |
| 112. | 12/24/08 | T69519 | 002 | C | 602.07 | | | 602.07 |
| 113. | 12/26/08 | R57479 | 004 | R | 4,851.00 | | | 4,851.00 |
| 114. | 12/30/08 | R57500 | 002 | R | 217.50 | | | 217.50 |
| 115. | 12/30/08 | R57511 | 004 | R | 4,851.00 | 1,639.78- | | 3,211.22 |
| 116. | 12/31/08 | SC035295 | 001 | | 6,673.94 | | | 6,673.94 |
| 117. | 12/31/08 | U53593 | 002 | W | 9,544.61 | | | 9,544.61 |
| 118. | 1/06/09 | R57699 | 002 | R | 6,369.95 | | | 6,369.95 |
| 119. | 1/06/09 | R57702 | 002 | R | 4,736.77 | | | 4,736.77 |
| 120. | 1/06/09 | R57707 | 002 | R | 4,883.27 | | | 4,883.27 |
| 121. | 1/06/09 | R57727 | 002 | R | 5,642.88 | | | 5,642.88 |
| 122. | 1/07/09 | R57804 | 002 | R | 6,348.24 | | | 6,348.24 |
| 123. | 1/07/09 | R57807 | 002 | R | 4,730.57 | | | 4,730.57 |
| 124. | 1/07/09 | R57812 | 002 | R | 4,768.50 | | | 4,768.50 |
| 125. | 1/07/09 | U53910 | 002 | W | 2,193.20 | | | 2,193.20 |
| 126. | 1/08/09 | R57851 | 002 | R | 6,348.24 | | | 6,348.24 |
| 127. | 1/08/09 | R57852 | 002 | R | 8,301.55 | | | 8,301.55 |
| 128. | 1/09/09 | R57889 | 002 | R | 4,000.00 | | | 4,000.00 |
| 129. | 1/10/09 | T69902 | 002 | C | 108.95 | | | 108.95 |
| 130. | 1/13/09 | R57959 | 002 | R | 2,194.60 | | | 2,194.60 |
| 131. | 1/13/09 | R57961 | 002 | R | 4,736.77 | | | 4,736.77 |
| 132. | 1/16/09 | R58117 | 002 | R | 2,682.29 | | | 2,682.29 |
| 133. | 1/17/09 | R58149 | 002 | R | 266.00 | | | 266.00 |
| 134. | 1/20/09 | R58172 | 002 | R | 3,650.07 | | | 3,650.07 |
| 135. | 1/20/09 | R58173 | 002 | R | 4,883.27 | | | 4,883.27 |
| 136. | 1/20/09 | R58175 | 002 | R | 3,776.87 | | | 3,776.87 |
| 137. | 1/20/09 | R58181 | 002 | R | 217.03 | | | 217.03 |
| 138. | 1/21/09 | R58232 | 002 | R | 2,674.95 | 1,182.84- | | 1,492.11 |
| 139. | 1/21/09 | R58234 | 004 | R | 126.00 | | | 126.00 |
| 140. | 1/21/09 | T70193 | 002 | C | 4,939.13 | | | 4,939.13 |
| 141. | 1/22/09 | R58252 | 002 | R | 3,906.61 | | | 3,906.61 |
| 142. | 1/22/09 | R58253 | 002 | R | 4,730.57 | | | 4,730.57 |
| 143. | 1/22/09 | R58255 | 004 | R | 4,812.42 | 2,408.57- | | 2,403.85 |
| 144. | 1/23/09 | R58278 | 002 | R | 162.78 | | | 162.78 |
| 145. | 1/23/09 | R58287 | 002 | R | 5,668.00 | | | 5,668.00 |
| 146. | 1/23/09 | U54329 | 002 | W | 3,444.17 | | | 3,444.17 |
| 147. | 1/24/09 | R58319 | 002 | R | 325.55 | | | 325.55 |
| 148. | 1/24/09 | R58320 | 002 | R | 574.00 | | | 574.00 |
| 149. | 1/27/09 | R58354 | 002 | R | 218.00 | | | 218.00 |

**Remit to:**
KSM Exchange, LLC
P.O. Box 270360
Oklahoma City, OK 73127

TEL (405) 495-7820                    FAX (405) 440-0112





| | | | | | | |
|---|---|---|---|---|---|---|
| 150. | 1/27/09 | R58357 | 002 R | 1,551.79 | 1,036.34- | 515.45 |
| 151. | 1/27/09 | T70365 | 002 C | 618.66 | | 618.66 |
| 152. | 1/29/09 | R58423 | 002 R | 4,883.27 | | 4,883.27 |
| 153. | 1/30/09 | R58459 | 002 R | 5,642.88 | | 5,642.88 |
| 154. | 1/31/09 | K80480 | 001 W | 1,292.22 | | 1,292.22 |
| 155. | 1/31/09 | SC035530 | 001 | 6,090.08 | | 6,090.08 |
| 156. | 1/31/09 | T70158 | 002 C | 495.28 | | 495.28 |
| 157. | 1/31/09 | U54442 | 002 W | 4,434.91 | | 4,434.91 |
| 158. | 1/31/09 | U54476 | 002 W | 1,313.85 | | 1,313.85 |
| 159. | 2/05/09 | R58530 | 002 R | 6,348.24 | 5,237.88- | 1,110.36 |
| 160. | 2/05/09 | R58531 | 002 R | 337.50 | | 337.50 |
| 161. | 2/05/09 | R58534 | 002 R | 4,730.57 | 4,388.57- | 342.00 |
| 162. | 2/05/09 | R58538 | 002 R | 4,883.27 | | 4,883.27 |
| 163. | 2/05/09 | R58550 | 002 R | 4,768.50 | 1,238.44- | 3,530.06 |
| 164. | 2/05/09 | U54201 | 002 W | 7,694.46 | | 7,694.46 |
| 165. | 2/05/09 | U54444 | 002 W | 11,731.53 | | 11,731.53 |
| 166. | 2/05/09 | U54592 | 002 W | 1,060.89 | | 1,060.89 |
| 167. | 2/10/09 | R58695 | 002 R | 2,194.60 | 1,920.17- | 274.43 |
| 168. | 2/10/09 | R58696 | 002 R | 4,736.77 | 243.93- | 4,492.84 |
| 169. | 2/10/09 | R58697 | 002 R | 112.50 | | 112.50 |
| 170. | 2/13/09 | R54068 | 002 R | | 340.68- | 340.68- |
| 171. | 2/13/09 | R58842 | 002 R | 1,804.45 | 1,727.95- | 76.50 |
| 172. | 2/13/09 | R58844 | 002 R | 2,682.29 | 2,596.79- | 85.50 |
| 173. | 2/14/09 | U54730 | 002 W | 2,864.27 | | 2,864.27 |
| 174. | 2/17/09 | R58896 | 002 R | 3,650.07 | 2,027.82- | 1,622.25 |
| 175. | 2/17/09 | R58897 | 002 R | 4,883.27 | 3,044.01- | 1,839.26 |
| 176. | 2/17/09 | R58902 | 002 R | 217.03 | | 217.03 |
| 177. | 2/18/09 | U54344 | 002 W | 6,019.56 | | 6,019.56 |
| 178. | 2/19/09 | R58976 | 002 R | 3,906.61 | 2,939.48- | 967.13 |
| 179. | 2/19/09 | R58977 | 002 R | 216.75 | | 216.75 |
| 180. | 2/19/09 | U54439 | 002 W | 1,507.19 | | 1,507.19 |
| 181. | 2/20/09 | R59012 | 002 R | 162.78 | | 162.78 |
| 182. | 2/20/09 | R59018 | 002 R | 5,668.00 | 5,533.00- | 135.00 |
| 183. | 2/21/09 | R59038 | 002 R | 325.55 | 108.52- | 217.03 |
| 184. | 2/26/09 | R59161 | 002 R | 67.50 | | 67.50 |
| 185. | 2/27/09 | R59203 | 002 R | 5,642.88 | 3,472.12- | 2,170.76 |
| 186. | 2/28/09 | D08098 | 004 W | 2,894.66 | | 2,894.66 |
| 187. | 2/28/09 | SC035745 | 001 | 7,562.08 | | 7,562.08 |
| 188. | 2/28/09 | U54841 | 002 W | 3,020.23 | | 3,020.23 |
| 189. | 3/04/09 | R59270 | 002 R | 171.00 | | 171.00 |
| 190. | 3/04/09 | U54543 | 002 W | 6,412.74 | | 6,412.74 |
| 191. | 3/04/09 | U54842 | 002 W | 1,856.82 | | 1,856.82 |
| 192. | 3/06/09 | U54196 | 002 W | 2,836.63 | | 2,836.63 |
| 193. | 3/11/09 | U54873 | 002 W | 2,693.69 | | 2,693.69 |
| 194. | 3/13/09 | U54886 | 002 W | 6,205.09 | | 6,205.09 |
| 195. | 3/13/09 | U54952 | 002 W | 3,970.78 | | 3,970.78 |
| 196. | 3/14/09 | U54665 | 002 W | 7,927.91 | | 7,927.91 |
| 197. | 3/17/09 | R59633 | 002 R | 217.03 | | 217.03 |
| 198. | 3/19/09 | R59703 | 002 R | 216.75 | | 216.75 |
| 199. | 3/19/09 | U54946 | 002 W | 2,444.30 | | 2,444.30 |
| 200. | 3/24/09 | U55037 | 002 W | 3,255.51 | | 3,255.51 |
| 201. | 3/31/09 | SC035955 | 001 | 7,383.77 | | 7,383.77 |

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

*1009407781*

APR 15 2009

PATRICIA PRESLEY, COURT CLERK
by_____ DEPUTY

# PROOF OF SERVICE
## AFFIDAVIT

Kirby-Smith Machinery Inc

Case No. _CV-2009-3793_

County _Oklahoma_

vs.

Date Rec. _____

Court Date _____

ADK Construction LLC and
Continental Energy Services

Client _Klein Law_

I, being duly sworn, certify that I received on ____4-14____, 200_9_ the following documents:

| | | | |
|---|---|---|---|
| ✓ Summons w/Petition | ___ Injunction | ___ Motion to Modify | ___ Interrogations |
| ___ Amended Petition/Complaint | ___ Garnishment | ___ Motion for Leave/Vacate/Enter | ___ Brief-Plaintiff's/Defendant's |
| ___ Petition/3rd Party Defendant | ___ Subpoena Duces Tecum | ___ Motion/Summary Judgment | ___ Journal Entry |
| ___ Small Claims Affidavit | ___ Deposition Subpoena | ___ Motion/Deficiency Judgment | ___ Cross/Counter Claim |
| ___ Forcible Entry & Detainer | ___ Witness Fees | ___ Request for Admissions | ___ Lis Pendens |
| ___ Hearing on Assets | ___ Notice to Take Deposition | ___ Request for Production | ___ Letter |
| ___ Citation for Contempt | ___ Notice of Hearing | ___ Order/Affidavit | ___ Temporary Restraining Order |
| ✓ Other | | | |

_Entry of Appearance_

**METHOD OF SERVICE:** And served the same according to law in the following manner, to wit:

**PERSONAL SERVICE**

☐ by delivering a true copy of said process personally to _____ at
Date: _____ Time: _____

☐ by delivering a true copy of said process personally to _____ at
Date: _____ Time: _____

**USUAL PLACE OF RESIDENCE**

☐ by leaving a true copy of said process for _____ with
_____ a resident/family member, fifteen years of age or older, at
_____ which is his/her usual place of residence. Date: _____ Time: _____

**CORPORATION/PARTNERSHIP, ETC.**

☒ by delivering a true copy of said process to _Barbara McCurry_ he/she/it,
being the service agent, agent in charge, an officer or partner of said entity, to wit: _ADK Construction LLC_
at _8055 E Hwy 270 McAlester OK_ Date: _4-15-09_ Time: _1015_

**POSTED SERVICE**

☐ by affixing a true copy of said process to the premises located at _____
which is in the possession of the defendant to wit: _____

**SERVICE BY MAIL**

☐ by mailing a true copy of said process to _____ by certified mail,
restricted delivery, return receipt requested, at _____ Date: _____

**NOT FOUND**

☐ Said process WAS NOT SERVED on the following named for reasons stated: _____

**OTHER INFORMATION**

☐

Subscribed and sworn to before me this
____ day of _____ 20 ____ .

_____
Notary Public        Commission Exp.

(SEAL)

Fee for service $ _65.00_

Mileage $ _158.40_  Total $ _223.40_

_269 x 60_

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Thomas Douglas_ 4-15-09
Name of Server                    (date)

License No. _PSS-2007-46_
_PO Box 791_
_Choctaw Okla 73001_

---

**EXHIBIT 3**

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

Kirby-Smith Machinery, Inc.,                    )
                                                )
                    Plaintiff,                  )
                                                )
v.                                              )        Case No.
                                                )
AOK Construction, LLC, and                      )
Continental Energy Services, LLC,               )
                                                )        **CJ -2009-3493**
                    Defendants.                 )

### SUMMONS

To the above-named Defendant:          AOK Construction, LLC
                                       Attn: Any agent or officer authorized to receive service of process
                                       9055 E Old 270 HWY
                                       McAlester, OK 74501

        You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

        WITNESS my hand and seal of this Court, affixed on the 13th day of April, 2009.

                                       PATRICIA PRESLEY, COURT CLERK

                                       BY: _____
                                                   Deputy Court Clerk

(SEAL)

Attorneys for Plaintiff:

Clay P. Booth, OBA #11767
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539
*Lien Claimed*

        This summons was served on: _____4-15-09_____
                                          (Date of Service)

                                       _____
                                       (Signature of Person Serving Summons)

        **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

3890-088

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

APR 2 4 2009

PATRICIA PRESLEY, COURT CLERK
by _____
DEPUTY

Kirby-Smith Machinery, Inc.,          )
                                       )
                 Plaintiff,            )
                                       )
v.                                     )          Case No.  CJ-2009-3493
                                       )
AOK Construction, LLC, and             )
Continental Energy Services, LLC,      )
                                       )
                 Defendants.           )

**CERTIFICATE OF SERVICE OF SUMMONS,**
**FIRST AMENDED PETITION AND ENTRY OF APPEARANCE**

I certify that pursuant to 12 O.S. § 2004.3(A), a true and correct copy of the *Summons, First Amended Petition and Entry of Appearance*, filed April 14, 2009, were sent to the above-named Defendant, Continental Energy Services, LLC, at the address shown, by UPS overnight delivery service, on the 16th day of April, 2009, and receipt thereof on the date shown, as evidenced by the attached electronic receipt signed by the addressee.

| Defendant: | Address Where Served: | Date Receipted: |
|---|---|---|
| Continental Energy Service, LLC | c/o The Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 | April 17, 2009 |

Clay P. Booth, OBA #11767
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK  73105-6405
Telephone:  (405) 848-4448
Facsimile:  (405) 842-4539
Attorney for Judgment Creditor and Plaintiff,
Kirby-Smith Machinery, Inc.

Subscribed and sworn to before me this ___ day of *April*, 2009.

BY: _____
         Notary Public

My Commission Expires:  *2/18/2012*

My Commission Number:  *040016743*

NANCY J. GRIFFIN
NOTARY
# 04001543
EXP. 02/18/12
STATE OF OKLAHOMA

**EXHIBIT 4**

**UPS Next Day Air**
**UPS Worldwide Express**℠

Shipping Document

See Instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

TRACKING NUMBER   1Z F60 946 22 1000 624 6

**1** SHIPMENT FROM:

SHIPPER'S UPS ACCOUNT NO.
UPS ACCOUNT NO.   **F 6 0 9 4 6**

REFERENCE NUMBER   3890.88

NAME   Clay Booth

TELEPHONE   405-848-4448

COMPANY   **KLINE, KLINE**

STREET ADDRESS   **720 NE 63RD STREET**

CITY AND STATE   **OKLAHOMA CITY   OK**   ZIP CODE   **73105-6410**

**2** EXTREMELY URGENT DELIVERY TO:

NAME   Continental Energy Services   TELEPHONE

COMPANY   The Corporation Trust Company

STREET ADDRESS   1209 Orange Street   DEPT./FLR.

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)   Wilmington, DE   ZIP CODE   19801

**3** WEIGHT   ENTER "LTR" IF LETTER   LTR
DIMENSIONAL WEIGHT if Applicable

**SHIPPER'S COPY**   **1**

CHARGES

**4** TYPE OF SERVICE
[X] NEXT DAY AIR
[ ] EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS
Mark an "X" in this box if shipment only contains documents of no commercial value.
[ ] DOCUMENTS ONLY   $

**5** OPTIONAL SERVICES
[ ] SATURDAY PICKUP
[ ] SATURDAY DELIVERY   See Instructions.   $

[ ] INSURED VALUE   Contents are automatically protected up to $100. For insured value over $100, see instructions.   AMOUNT   $

[ ] C.O.D.   If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package.   AMOUNT   $

**6** ADDITIONAL HANDLING CHARGE
[ ] An Additional Handling Charge applies for certain items. See Instructions.   $

TOTAL CHARGES   $

**7** METHOD OF PAYMENT
[X] BILL SHIPPER
[ ] BILL RECEIVER
[ ] BILL THIRD PARTY   DOMESTIC ONLY
[ ] CREDIT CARD   American Express Diner's Club Discover MasterCard Visa
[ ] CHECK

Record Account No. in Sect on 8

**8** RECEIVER'S / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE   ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**9** SHIPPER'S SIGNATURE   X   CJ Jackson

DATE OF SHIPMENT   7/16/09

0101911202609 11/00 W

⊠Close Window



# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z F60 946 22 1000 624 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 04/17/2009 |
| | 9:37 A.M. |
| Delivered To: | WILMINGTON, DE, US |
| Signed By: | EVENS |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 04/21/2009 11:01 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.



# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

Kirby-Smith Machinery, Inc., )
)
Plaintiff, )
)
v. )                         Case No.  CJ-2009-3493
)
AOK Construction, LLC, and )
Continental Energy Services, LLC, )
)
Defendants. )
and )
)                    **FILED IN THE DISTRICT COURT**
Ritchie Bros. Auctioneers (America), Inc., )                    **OKLAHOMA COUNTY, OKLA.**
f/k/a Ritchie Bros. Auctioneers, Inc., )
)                         MAY - 1 2009
Garnishee. )
PATRICIA PRESLEY, COURT CLERK
by_____
DEPUTY

**GARNISHMENT AFFIDAVIT**
(12 O.S. Supp. 2004 § 1172, as amended)

STATE OF OKLAHOMA )
) SS:
COUNTY OF OKLAHOMA )

I, Clay P. Booth, being duly sworn, states as follows:

1.      That he is the attorney for the Plaintiff, Kirby-Smith Machinery, Inc., in the above-styled case;

2.      **For Prejudgment Garnishment Only:**      That **AOK Construction, LLC, and Continental Energy Services, LLC,** the Defendants in the above-styled cause, is indebted to me in the amount of **$730,683.24**, on my original claim, over and above all offsets.

3.      **For Postjudgment Garnishment Only:**      That _____, the Judgment Debtors and Defendants in the above-styled cause, is indebted to me as follows:

4.      That I believe that the above-named Garnishee, **Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc.,** is indebted to or has property within its possession or under its control, which is not by law exempt from seizure or sale upon execution, belonging to Defendants.

5.      That I am *not* seeking a continuing garnishment.  That I am seeking a general garnishment.

Clay P. Booth, OBA #11767      (Attorney's Lien Claimed)
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK  73105-6405
Telephone:  (405) 848-4448
Facsimile:  (405) 842-4539
Attorney for Plaintiff, Kirby-Smith Machinery, Inc.

Subscribed and sworn to before me this ____ day of ___May____, 2009.

My Commission Expires: 2/18/2012      BY: _____
                                                  Notary Public
My Commission Number: 04001543

**EXHIBIT 5**

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

MAY 2 2 2009

PATRICIA PRESLEY, COURT CLERK
by_____
DEPUTY

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

KIRBY-SMITH MACHINERY, INC.,        )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Case No. CJ-2009-3493
                                     )
AOK CONSTRUCTION, LLC, and           )
CONTINENTAL ENERGY SERVICES, LLC,    )
                                     )
        Defendants.                  )

## ANSWER OF DEFENDANT AOK CONSTRUCTION, LLC
## TO PLAINTIFF'S FIRST AMENDED PETITION

COMES NOW Defendant AOK Construction, LLC ("AOK"), and for its Answer to the
First Amended Petition (the "Petition") filed herein by Plaintiff Kirby-Smith Machinery, Inc.
("Kirby-Smith"), denies, generally and specifically, each and every material allegation thereof,
and, in addition, alleges and states as follows in response to the numbered paragraphs of the
Petition:

1.      AOK affirmatively alleges that the language, terms and provisions of Exhibit "A"
to the Petition speak for themselves, and denies all contrary or additional allegations in
paragraph 1.

2.      With respect to paragraph 2 of the Petition, AOK admits that it rented certain
heavy equipment and accessories from Kirby-Smith, affirmatively alleges that the language,
terms and provisions of Exhibit "B" to the Petition speak for themselves, and denies all contrary
or additional allegations.

3.      Denied.

4.      AOK adopts and incorporates the allegations in paragraphs 1 through 3 above.

**EXHIBIT 6**

5.      Although the allegations of the Second Cause of Action are not directed at AOK, AOK denies the allegations of paragraph 5.

6.      Although the allegations of the Second Cause of Action are not directed at AOK, AOK denies the allegations of paragraph 6.

7.      Although the allegations of the Second Cause of Action are not directed at AOK, AOK denies the allegations of paragraph 7.

8.      Although the allegations of the Second Cause of Action are not directed at AOK, AOK denies the allegations of paragraph 8.

9.      Although the allegations of the Second Cause of Action are not directed at AOK, AOK denies the allegations of paragraph 9.

10.     Although the allegations of the Second Cause of Action are not directed at AOK, AOK denies the allegations of paragraph 10.

11.     With respect to paragraph 11 of the Petition, AOK admits that Kirby-Smith furnished labor and materials to AOK.  AOK denies the remaining allegations in paragraph 11.

12.     Denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Denied.

## MATTERS CONSTITUTING AVOIDANCE OR AFFIRMATIVE DEFENSE

17.     Plaintiff's Petition fails to state a cause of action against AOK.

18.     Plaintiff is not the real party in interest.

19.     Plaintiff's claims are barred by the doctrines of waiver, laches and estoppel.

WHEREFORE, Defendant AOK prays that Plaintiff take nothing by reason of its Petition, and for AOK's costs incurred in defending Plaintiff's Petition, including reasonable attorney fees, and for such other and further relief to which the Court finds AOK to be entitled.


*Warren F. Bickford*

Warren F. Bickford, OBA #773
FELLERS, SNIDER, BLANKENSHIP,
   BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, Oklahoma  73102-8820
Telephone: (405) 232-0621
Facsimile:  (405) 232-9659
wbickford@fellerssnider.com

**Attorneys for Defendant,**
**AOK Construction, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument forwarded via regular U.S. mail on May 22, 2009, to the following counsel of record:

Clay P. Booth, Esq.
Kline, Kline, Elliott & Bryant, P.C.
720 N.E. 63rd Street
Oklahoma City, OK  73105-6405

**Attorneys for Plaintiff**

James K. Larimore, Esq.
Jennifer K. Christian, Esq.
Durbin, Larimore & Bialick
920 N. Harvey
Oklahoma City, OK  73102-2610

**Attorneys for Defendant,**
**Continental Energy Services, L.L.C.**


*Warren F. Bickford*

Warren F. Bickford

485461

3

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

MAY 2 7 2009

PATRICIA PRESLEY, COURT CLERK

by _____
DEPUTY

| | |
|---|---|
| KIRBY-SMITH MACHINERY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CJ-2009-3493 |
| vs. | ) |
| | ) |
| AOK CONSTRUCTION, LLC, and | ) |
| CONTINENTAL ENERGY SERVICES, LLC | ) |
| | ) |
| Defendants. | |

**ANSWER OF DEFENDANT CONTINENTAL ENERGY SERVICES LLC
TO PLAINTIFF'S FIRST AMENDED PETITION**

COMES NOW the Defendant, Continental Energy Services, LLC ("CES"), and for its Answer to the First Amended Petition (the "Petition") filed herein by the Plaintiff, Kirby-Smith Machinery, Inc. ("Kirby-Smith"), denies, generally and specifically, each and every material allegation thereof, and, in addition, alleges and states as follows (paragraph references herein correspond to the paragraph numbers of the First Amended Petition):

1. .CES is without knowledge sufficient to permit to admit or deny the allegations of paragraph 1 of the Petition and said allegations are therefore denied.

2. CES is without knowledge sufficient to permit to admit or deny the allegations of paragraph 2 of the Petition and said allegations are therefore denied.

3. CES is without knowledge sufficient to permit to admit or deny the allegations of paragraph 3 of the Petition and said allegations are therefore denied.

4. CES adopts and incorporates herein by reference the responses to paragraphs 1 - 4 of the Petition.

5. Denied.

6. Denied.

**EXHIBIT 7**

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## MATTERS CONSTITUTING AFFIRMATIVE DEFENSE AND AVOIDANCE

17. Plaintiff is not the real party in interest.

18. CES has no contractual or other relationship with Kirby-Smith.

19. Plaintiff's Petition fails to state a cause of action against CES.

20. Plaintiff's Petition is barred by the statute of frauds.

21. Plaintiff's Petition is by the doctrines of waiver, laches and estoppel.

WHEREFORE, having fully answered, CES prays that Kirby-Smith take nothing by reason of its Petition, and for CES's costs incurred in defending this action, including a reasonable attorney's fee, and for such other and further relief to which the Court finds CES entitled in the premises.

DURBIN, LARIMORE & BIALICK

By: _____
    James K. Larimore, OBA #5244
    Jennifer K. Christian, OBA #21628
    920 North Harvey
    Oklahoma City, OK 73102-2610
    Telephone: (405) 235-9584
    Telefax: (405) 235-0551
    Attorneys for the Defendant Continental
    Energy Services, L.L.C.

## CERTIFICATE OF MAILING

This is to certify that on this __27__ day of May, 2009, a true and correct copy of the above and foregoing was mailed, postage prepaid, to the following named counsel of record, to-wit:

Clay P. Booth, OBA #11767
Kline, Kline, Elliott & Bryant, P.C.
720 NE 63rd Street
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539
Attorney for Plaintiff

Warren F. Bickford, OBA #773
Fellers, Snider, Blankenship, Bailey & Tippens
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
Attorney for Defendant AOK Construction, LLC

_____
James K. Larimore
Jennifer K. Christian

U:\3054\002\Answer CES.wpd

3

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

MAY 2 8 2009

PATRICIA PRESLEY, COURT CLERK
by
DEPUTY

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| Kirby-Smith Machinery, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CJ-2009-3493 |
| | ) | |
| AOK Construction, LLC, and | ) | |
| Continental Energy Services, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER AUTHORIZING ISSUANCE OF PLAINTIFF'S PREJUDGMENT GARNISHMENT WITHOUT AN UNDERTAKING

NOW on this 28 day of May, 2009, the above-captioned case comes before this Court pursuant to the *Notice of Prejudgment Garnishment* filed on May 1, 2009 ("Notice"), by Plaintiff, Kirby-Smith Machinery, Inc. ("Plaintiff" or "KSMI"), and the *Objection to Issuance of Pre-Judgment Garnishment Summons* filed on May 11, 2009 ("Objection"), by Defendants, AOK Construction, LLC ("AOK") and Continental Energy Services, LLC ("CES") (collectively, "Defendants"). Plaintiff appears by counsel, Clay P. Booth of the firm Kline, Kline, Elliott & Bryant P.C., and Defendants appear by counsel, James K. Larimore of the firm Durbin, Larimore & Bialick.

After reviewing the record in this cause and being duly advised in the premises, the Court finds and concludes as follows:

1.    On May 1, 2009, KSMI filed a *Garnishment Affidavit* with the District Court of Oklahoma County, pursuant to 12 O.S. § 1172, seeking the issuance of a prejudgment garnishment summons to be issued to Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc.

2.    KSMI's Notice complies with 12 O.S. § 1172(1)(A)(1) and was properly served on AOK and CES.

3.    AOK and CES' Objection was filed with written agreement and consent of the parties and is timely.

**EXHIBIT 8**

4.    AOK and CES agree and consent to the issuance of a prejudgment garnishment summons as requested in KSMI's Notice to the Garnishee, Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc., pursuant to 12 O.S. § 1172(1)(A)(3).

5.    AOK and CES expressly and specifically waive and relinquish the undertaking under 12 O.S. § 1172(1)(A)(3) and (4), and any and all statutory rights and benefits of or to an undertaking under § 1172(1)(A)(3) and (4), and AOK and CES agree and consent to the issuance by this Court of the prejudgment garnishment summons to Garnishee, Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc.

6.    Venue and jurisdiction are proper.

7.    By entering into this Agreed Order, AOK and CES do not waive any claim or defense regarding KSMI's causes of action, other than defenses of improper venue and lack of jurisdiction.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the foregoing findings and conclusions are adopted and incorporated by reference as the orders, adjudications, and decrees of this Court as if fully set forth herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to 12 O.S. § 1172(1)(A)(3), the Court shall issue a prejudgment garnishment summons as requested in KSMI's Notice to the Garnishee, Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no undertaking or bond as provided for under 12 O.S. § 1172(1) is required as the same has been expressly waived by AOK and CES.

JUDGE OF THE DISTRICT COURT

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.*
Oklahoma County District Court, Case No. CJ-2009-3493
Agreed Order Authorizing Issuance of Plaintiff's
Prejudgment Garnishment Without an Undertaking

3890-088

APPROVED:

Clay P. Booth, OBA #11767
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539
Attorneys for Plaintiff,
Kirby-Smith Machinery, Inc.


APPROVED:

James K. Larimore, OBA #5244
Jennifer K. Christian, OBA #21628
DURBIN, LARIMORE & BIALICK
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
Attorneys for Defendants,
AOK Construction, LLC,
and Continental Energy Services, LLC


*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al*
Oklahoma County District Court, Case No. CJ-2009-3493
　　　Agreed Order Authorizing Issuance of Plaintiff's
　　　Prejudgment Garnishment Without an Undertaking


3890-088

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JUN - 3 2009

PATRICIA PRESLEY, COURT CLERK
by_____
DEPUTY

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

Kirby-Smith Machinery, Inc.,                )
                                            )
            Plaintiff,                       )
                                            )
v.                                          )          Case No.  CJ-2009-3493
                                            )
AOK Construction, LLC, and                  )
Continental Energy Services, LLC,           )
                                            )
            Defendants.                      )

### CERTIFICATE OF SERVICE OF AGREED ORDER AUTHORIZING ISSUANCE OF PLAINTIFF'S PREJUDGMENT GARNISHMENT WITHOUT AN UNDERTAKING

I certify that on the 2nd of June, 2009,  a true and correct copy of the *Agreed Order Authorizing Issuance of Plaintiff's Prejudgment Garnishment Without an Undertaking*, filed on May 28, 2009, was mailed by regular, first class United States mail, postage fully pre-paid, to the following:

James K. Larimore, OBA #5244
Jennifer K. Christian, OBA #21628
DURBIN, LARIMORE & BIALICK
920 North Harvey
Oklahoma City, OK  73102-2610
Telephone:  (405) 235-9584
Facsimile:  (405) 235-0551
Attorneys for Defendants,
AOK Construction, LLC,
and Continental Energy Services, LLC

Warren F. Bickford
Fellers, Snider, Blankenship,
        Bailey & Tippens, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102

_____
Clay P. Booth, OBA #11767
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK  73105-6405
Telephone:  (405) 848-4448
Facsimile:  (405) 842-4539
Attorney for Plaintiff, Kirby-Smith Machinery, Inc.

**EXHIBIT 9**



*1009718381*

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
### STATE OF OKLAHOMA

| | |
|---|---|
| Kirby-Smith Machinery, Inc., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. CJ-2009-3493 |
| AOK Construction, LLC, and | ) |
| Continental Energy Services, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| and | ) |
| | ) |
| Ritchie Bros. Auctioneers (America), Inc., | ) |
| f/k/a Ritchie Bros. Auctioneers, Inc., | ) |
| | ) |
| Garnishee. | ) |

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JUN 10 2009

PATRICIA PRESLEY COURT CLERK

by_____
DEPUTY

### NONCONTINUING AND GENERAL GARNISHEE'S ANSWER/AFFIDAVIT

STATE OF _NEBRASKA_ )
                          ) SS
COUNTY OF _LANCASTER_ )

_JAMES J OLMSTEAD_ , being duly sworn deposes and says:
        (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:
    That he/she is the garnishee herein. That he/she does business in the name of_____
_____.

IF GARNISHEE IS A PARTNERSHIP:
    That he is a member of_____
composed of garnishee and _____, a partnership

IF GARNISHEE IS A CORPORATION:
    That he is the _SECRETARY_ , of _RITCHIE BROS. AUCTIONEERS (AMERICA) INC_
                    (Official Title)                                       (Garnishee)

a corporation, organized under the laws of the State of _WASHINGTON_ .

Garnishee or _____, on behalf of garnishee having been served with a
garnishment summons on the _8TH_ day of _JUNE_ , 20_09_, and having knowledge of the facts and being
sworn, states:

1.      At the time of the service of the garnishment summons, or upon the date it became effective, the garnishee was not
indebted to Defendants for any amount of money nor did the garnishee have possession or control of any property, money,
goods, chattels, credits, negotiable instruments or effects belonging to Defendants or in which the Defendants had an interest
because the employee/individual/Defendants were:
        [ ]     Not Employed
        [ ]     Employed, but no earnings due ("earnings" means any form of payment to an individual including, but not
                limited to, salary, wages, commission, or other compensation, but does not include reimbursements for
                travel expenses for state employees)--specify reason: _____.
        [ ]     Garnishee did not have in its possession or control any of said money or property, goods, chattels, credits,
                negotiable instruments or effects belonging to Defendants or in which Defendants had an interest.
        [X]     Other, specify: _N/A_

### EXHIBIT 10

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

Kirby-Smith Machinery, Inc.,     )
                                 )
          Plaintiff,         )
                                 )
v.                                  )       Case No. CJ-2009-3493
                                 )
AOK Construction, LLC, and     )
Continental Energy Services, LLC,     )
                                 )
          Defendants.    )
and                               )
                                 )
Ritchie Bros. Auctioneers (America), Inc.,     )
f/k/a Ritchie Bros. Auctioneers, Inc.,     )       FILED IN THE DISTRICT COURT
                                 )       OKLAHOMA COUNTY, OKLA.
          Garnishee.     )
                                 )            MAY — 1 2009

### GARNISHMENT AFFIDAVIT
(12 O.S. Supp. 2004 § 1172, as amended)

PATRICIA PRESLEY, COURT CLERK

by_____
                  DEPUTY

STATE OF OKLAHOMA     )
                       ) SS:
COUNTY OF OKLAHOMA   )

I, Clay P. Booth, being duly sworn, states as follows:

1.     That he is the attorney for the Plaintiff, Kirby-Smith Machinery, Inc., in the above-styled case;

2.     **For Prejudgment Garnishment Only:**     That AOK Construction, LLC, and Continental Energy Services, LLC, the Defendants in the above-styled cause, is indebted to me in the amount of $730,683.24, on my original claim, over and above all offsets.

3.     **For Postjudgment Garnishment Only:**     That _____, the Judgment Debtors and Defendants in the above-styled cause, is indebted to me as follows:

4.     That I believe that the above-named Garnishee, Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc., is indebted to or has property within its possession or under its control, which is not by law exempt from seizure or sale upon execution, belonging to Defendants.

5.     That I am *not* seeking a continuing garnishment. That I am seeking a general garnishment.

                                                                                               

Clay P. Booth, OBA #11767       (Attorney's Lien Claimed)
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539
Attorney for Plaintiff, Kirby-Smith Machinery, Inc.

Subscribed and sworn to before me this \_\_\_ day of _____, 2009.

                                                Notary Public

My Commission Expires: 2/18/2012

My Commission Number: 04001543

(Notary seal: NANCY J. GRIFFIN, NOTARY, #04001543, EXP 02/18/12, STATE OF OKLAHOMA)

2.    At the time of service of the garnishment summons or upon the date it became effective, the garnishee was indebted to Defendants or had possession or control of the following property, money, goods, chattels, credits, negotiable instruments or effects belonging to Defendants as follows:

[ ] Earnings as shown on the Calculation for Garnishment of Earnings Form (on next page) which is incorporated by reference into this Answer;

[X] Other, specify: _FUNDS OF $783,000 BUT HAS BEEN DIRECTED BY BOTH PARTIES TO PAY SUCH MONIES TO BANK OF AMERICA._ RITCHIE BROS. AUCTIONEERS AS GARNISHEE IS HOLDING DISPUTE

3.    Nothing has been withheld due to a prior garnishment or continuing garnishment which will expire on _N/A_, and is in Case No. _____ in the District Court of _____ County, Oklahoma.

4.    On the _8TH_ day of _JUNE_, 2009, the garnishee mailed a copy of the Notice of Garnishment & Exemptions and Application for Hearing by first-class mail to Defendants at:

_720 NE 63RD ST.    OKLAHOMA CITY OK   73105-6405    6/9/09_
Street Address     City/State     Zip     Date Mailed

or hand-delivered the same to Defendants at:

_____
Defendants             Place

5.    The garnishee makes the following claim of exemption on the part of Defendants, or has the following objections, defenses, or setoffs to Plaintiff's right to apply garnishee's indebtedness to Defendants upon Plaintiff's claim as follows: _N/A_

Check here if additional pages are necessary [ ].

Dated this _8TH_ day of _JUNE_, 2009.

By: _James C. Olmstead_

Title: _SECRETARY_

Subscribed and sworn to before me this _8th_ day of _June_, 2009.

_____
Notary Public

My Commission Expires: _Nov 20, 2010_

My Commission Number: _n/a_

DUANE E. HRONIK
GENERAL NOTARIAL
SEAL
STATE OF NEBRASKA
Commission Expires
November 20, 2010

WHEN COMPLETED, MAIL ORIGINAL ANSWER TO:

PATRICIA PRESLEY, COURT CLERK
409 OKLAHOMA COUNTY OFFICE BUILDING
321 ROBERT S. KERR
OKLAHOMA CITY, OK 73102

YOU MUST SEND YOUR CHECK FOR THE AMOUNT GARNISHED MADE PAYABLE TO THE ORDER OF THE ATTORNEY FOR PLAINTIFF WITH A COPY OF YOUR ANSWER TO THE ATTORNEY FOR PLAINTIFF:

CLAY P. BOOTH
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63RD STREET
OKLAHOMA CITY, OK 73105-6405
ATTORNEYS FOR PLAINTIFF,
KIRBY-SMITH MACHINERY, INC.

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.*
Oklahoma County District Court, Case No. CJ-2009-3493
General Garnishee's Answer/Affidavit - Page 2 of 2
3890.0088



FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

JUN 1 7 2009

PATRICIA PRESLEY, COURT CLERK
by _____ DEPUTY

| | |
|---|---|
| Kirby-Smith Machinery, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CJ-2009-3493 |
| ) | |
| AOK Construction, LLC, and ) | |
| Continental Energy Services, LLC, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| Ritchie Bros. Auctioneers (America), Inc., ) | |
| f/k/a Ritchie Bros. Auctioneers, Inc. ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| and ) | |
| ) | |
| Bank of America, N.A., ) | |
| ) | |
| Intervenor. ) | |

## AGREED ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION TO INTERVENE AND AUTHORIZING DISBURSEMENT OF GARNISHED FUNDS

NOW on this _17_ day of June, 2009, the above-captioned case comes before this Court

pursuant to the *Motion to Intervene* filed on June 8, 2009 ("Motion"), by Intervenor, Bank of

American, N.A. Plaintiff, Kirby-Smith Machinery, Inc. ("KSMI"), appears by counsel, Clay P.

Booth of the firm Kline, Kline, Elliott & Bryant P.C.; Defendant, AOK Construction, LLC

("AOK"), appears by counsel, Warren F. Bickford of the firm Fellers, Snider, Blankenship, Bailey

& Tippins; Defendant, Continental Energy Services, LLC ("CES"), appears by counsel, James K.

Larimore of the firm Durbin, Larimore & Bialick; and Intervenor, Bank of America, N.A. ("BOA"),

Page 1 of 5



**EXHIBIT 11**

appears by counsel

After reviewing the record in this cause and being duly advised in the premises, the Court finds and concludes as follows:

1.     On April 13, 2009, KSMI commenced this case against AOK and CES seeking judgment in the amount of $730,683.24, plus interest, costs, and attorneys' fees.

2.     On May 1, 2009, KSMI filed a *Garnishment Affidavit* with the District Court of Oklahoma County, pursuant to 12 O.S. § 1172, seeking the issuance of a prejudgment garnishment summons to be issued to Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc.

3.     On May 1, 2009, KSMI filed its *Notice of Prejudgment Garnishment* ("Notice"), which Notice complies with 12 O.S. § 1172(1)(A)(1) and was properly served on AOK and CES.

4.     On May 11, 2009, AOK and CES filed their Objection *Objection to Issuance of Pre-Judgment Garnishee Summons*, which was filed with written agreement and consent of the parties and is timely.

5.     On May 28, 2009, an *Agreed Order Authorizing Issuance of Plaintiff's Prejudgment Garnishment Without an Undertaking* was rendered and filed in the case, pursuant to which KSMI properly served the *Prejudgment General Garnishment Summons*, *Garnishment Affidavit*, *General Garnishee's Answer/Affidavit*, *Notice of Garnishment and Exemptions*, *Claim for Exemption and Request for Hearing*, and all pleadings and documents required by law, upon Garnishee, Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc.

6.     The Garnishee, Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc., is indebted to or has property within its possession or under its control, which is not by law exempt from seizure or sale upon execution, belonging to AOK in the amount of

Page 2 of 5

$730,683.24, over and above all offsets ("Garnished Funds").

      7.     BOA is claiming a lien in and to the Garnished Funds.

      8.     KSMI holds and is claiming a garnishment lien in and to the Garnished Funds.

      9.     Counsel for the parties hereto and have reached an agreement in regard to the Motion and the Garnished Funds as referenced in paragraph 5 above, which agreement is set forth in this *Agreed Order Granting Bank of America, N.A. 's Motion to Intervene and Authorizing Disbursement of Garnished Funds* ("Agreed Order").

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the foregoing findings and conclusions are adopted and incorporated by reference as the orders, adjudications, and decrees of this Court as if fully set forth herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that BOA's Motion is granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Garnishee, Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc, is hereby authorized and directed to disburse the Garnished Funds to BOA, subject to the following orders of this Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the parties' agreement, this Agreed Order or the disbursement of the Garnished funds are not, and do not constitute: (a) a waiver, relinquishment or discharge, in whole or in part, of whatever type, kind, nature, character and description, of the claimed liens of KSMI and BOA in and to the Garnished Funds; and (b) a determination or adjudication of KSMI and BOA's right, title, lien, claim or interest in and to the Garnished Funds, including the validity, priority and amount of KSMI or BOA's liens, all of which are reserved for further determination by this Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that notwithstanding anything

in this Agreed Order to the contrary, the Garnished Funds shall be deemed, and are, held *in custodia*

*legis*, until the further order of this Court.

_____
JUDGE OF THE DISTRICT COURT

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.*
Oklahoma County District Court, Case No. CJ-2009-3493
        Agreed Order Granting Bank of America, N.A.'s
        Motion to Intervene and Authorizing Disbursement
        of Garnished Funds

3890-088

Page 4 of 5

Approved:

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

_____

Seth A. Day, OBA #20670
100 North Broadway, Suite 2900
Oklahoma City, Oklahoma 93102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855

-and-

Thomas A. Creekmore III, OBA #2011
John T. Richer, OBA #19554
320 South Boston, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

**COUNSEL FOR BANK OF AMERICA, N.A.**

-and-

**KLINE, KLINE, ELLIOT & BRYANT, P.C.**

_____

Clay P. Booth, OBA #11767
720 N.E. 63rd St.
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539

**COUNSEL FOR KIRBY-SMITH MACHINERY, INC.**

_Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al._
Oklahoma County District Court, Case No. CJ-2009-3493
    Agreed Order Granting Bank of America, N.A.'s
    Motion to Intervene and Authorizing Disbursement
    of Garnished Funds

DURBIN, LARIMORE & BIALICK

_____

James K. Larimore, OBA #5244
Jennifer K. Christian, OBA #21628
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584

**COUNSEL FOR CONTINENTAL ENERGY SERVICES, LLC**

-and-

**FELLERS, SNIDER, BLANKENSHIP, BAILEY & TIPPINS**

_____

Warren F. Bickford, OBA #773
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659

**COUNSEL FOR AOK CONSTRUCTION, LLC**

Approved:

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

Seth A. Day, OBA #20670
100 North Broadway, Suite 2900
Oklahoma City, Oklahoma 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855

-and-

Thomas A. Creekmore III, OBA #2011
John T. Richer, OBA #19554
320 South Boston, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

**COUNSEL FOR BANK OF AMERICA, N.A.**

-and-

**KLINE, KLINE, ELLIOT & BRYANT, P.C.**

Clay E. Booth, OBA #11767
720 N.E. 63rd St.
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539

**COUNSEL FOR KIRBY-SMITH MACHINERY, INC.**

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.
Oklahoma County District Court, Case No. CJ-2009-3493
Agreed Order Granting Bank of America, N.A.'s
Motion to Intervene and Authorizing Disbursement
of Garnished Funds*

**DURBIN, LARIMORE & BIALICK**

James K. Larimore, OBA #5244
Jennifer K. Christian, OBA #21628
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584

**COUNSEL FOR CONTINENTAL ENERGY SERVICES, LLC**

-and-

**FELLERS, SNIDER, BLANKENSHIP, BAILEY & TIPPINS**

Warren F. Bickford, OBA #773
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659

**COUNSEL FOR AOK CONSTRUCTION, LLC**

Page 5 of 5

TOTAL P.06

Approved:

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

_____
Seth A. Day, OBA #20670
100 North Broadway, Suite 2900
Oklahoma City, Oklahoma 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855

-and-

Thomas A. Creekmore III, OBA #2011
John T. Richer, OBA #19554
320 South Boston, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

**COUNSEL FOR BANK OF AMERICA, N.A.**

-and-

**KLINE, KLINE, ELLIOT & BRYANT, P.C.**

_____
Clay P. Booth, OBA #11767
720 N.E. 63rd St.
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539

**COUNSEL FOR KIRBY-SMITH MACHINERY, INC.**

**DURBIN, LARIMORE & BIALICK**

_____
James K. Larimore, OBA #5244
Jennifer K. Christian, OBA #21628
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584

**COUNSEL FOR CONTINENTAL ENERGY SERVICES, LLC**

-and-

**FELLERS, SNIDER, BLANKENSHIP, BAILEY & ~~TIPPINS~~ _TIPPENS_**

_____
Warren F. Bickford, OBA #773
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659

**COUNSEL FOR AOK CONSTRUCTION, LLC**

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.*
Oklahoma County District Court, Case No. CJ-2009-3493
Agreed Order Granting Bank of America, N.A.'s
Motion to Intervene and Authorizing Disbursement
of Garnished Funds

Approved:

HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.

DURBIN, LARIMORE & BIALICK

_____
Seth A. Day, OBA #20670
100 North Broadway, Suite 2900
Oklahoma City, Oklahoma 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855

-and-

Thomas A. Creekmore III, OBA #2011
John T. Richer, OBA #19554
320 South Boston, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

COUNSEL FOR BANK OF AMERICA,
N.A.

-and-

KLINE, KLINE, ELLIOT & BRYANT,
P.C.

_____
James K. Larimore, OBA #5244
Jennifer K. Christian, OBA #21628
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584

COUNSEL FOR CONTINENTAL
ENERGY SERVICES, LLC

-and-

FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPINS

_____
Warren F. Bickford, OBA #773
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659

COUNSEL FOR AOK CONSTRUCTION,
LLC

_____
Clay P. Booth, OBA #11767
720 N.E. 63rd St.
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539

COUNSEL FOR KIRBY-SMITH
MACHINERY, INC.

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.,*
Oklahoma County District Court, Case No. CJ-2009-3493
    Agreed Order Granting Bank of America, N.A.'s
    Motion to Intervene and Authorizing Disbursement
    of Garnished Funds

Page 5 of 5

![DSCN logo] **DSCN** *www.oscn.net*
**THE OKLAHOMA STATE COURTS NETWORK**

Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Kirby-Smith Machinery, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AOK Construction, LLC, and <br> Continental Energy Services, LLC, <br><br> Defendants. | No. CJ-2009-3493 <br> (Civil relief more than $10,000: <br> **BREACH OF AGREEMENT - CONTRACT**) <br><br> Filed: 04/13/2009 <br><br> Judge: Ricks, Carolyn R. |

## Parties

AOK Construction, L.L.C. , Defendant
Continental Energy Services, L.L.C. , Defendant
Kirby-Smith Machinery, Inc. , Plaintiff

## Attorneys

| **Attorney** | **Represented Parties** |
|---|---|
| Bickford, Warren F.(Bar # 773) <br> 100 N BROADWAY, STE 1700 <br> OKLAHOMA CITY, OK 73102 | AOK Construction, L.L.C., |
| Booth, Clay P(Bar # 11767) <br> 720 N E 63 STREET <br> OKLA CITY, OK 73105 | Kirby-Smith Machinery, Inc., |
| CHRISTIAN, JENNIFER K(Bar # 21628) <br> DURBIN, LARIMORE, & BIALICK, P.C. <br> 920 N. HARVEY <br> OKLAHOMA CITY, OK 73102 | Continental Energy Services, L.L.C., |
| LARIMORE, JAMES K(Bar # 5244) <br> 920 N Harvey <br> Oklahoma City, OK 73102 | Continental Energy Services, L.L.C., <br> AOK Construction, L.L.C., |

## Events

| **Event** | **Party** | **Docket** | **Reporter** |
|---|---|---|---|
| **Thursday, July 16, 2009 at 13:30 PM** <br> JAMES LARIMORE AND JENNIFER CHRISTIAN'S MOTION TO WITHDRAW AS <br> ATTNYS FOR DEFENDANT(MOD) | | Carolyn R. <br> Ricks | |

## Issues

**EXHIBIT 12**

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**                    Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
                                  Filed by: Kirby-Smith Machinery, Inc.
                                  Filed Date: 04/13/2009
**Party Name:**         **Disposition Information:**

                                  Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|-----------|------|------|
| 04-13-2009 | TEXT | 1 | | 57162877 | Apr 13 2009 4:37:06:930PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 04-13-2009 | CONTRACT | - | | 57162879 | Apr 13 2009 4:37:07:000PM | Realized | $ 0.00 |
| | BREACH OF AGREEMENT - CONTRACT | | | | | | |
| 04-13-2009 | DMFE | - | | 57162880 | Apr 13 2009 4:37:07:030PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 04-13-2009 | PFE1 | - | | 57162881 | Apr 13 2009 4:37:07:030PM | Realized | $ 150.00 |
| | PETITION($ 150.00) | | | | | | |
| 04-13-2009 | PFE7 | - | | 57162882 | Apr 13 2009 4:37:07:030PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 04-13-2009 | OCISR | - | | 57162883 | Apr 13 2009 4:37:07:030PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 04-13-2009 | CCADMIN | - | | 57162884 | Apr 13 2009 4:37:07:030PM | Realized | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00) | | | | | | |
| 04-13-2009 | CHAB | - | | 57162885 | Apr 13 2009 4:37:07:030PM | Realized | $ 10.00 |
| | C.H.A.B. STATUTORY FEE($ 10.00) | | | | | | |
| 04-13-2009 | AGVSU | - | | 57162886 | Apr 13 2009 4:37:07:030PM | Realized | $ 3.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT($ 3.00) | | | | | | |
| 04-13-2009 | CCADMIN03 | - | | 57162887 | Apr 13 2009 4:37:07:030PM | Realized | $ 0.30 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.30) | | | | | | |
| 04-13-2009 | LTF | - | | 57162888 | Apr 13 2009 4:37:07:330PM | Realized | $ 10.00 |

LENGTHY TRIAL FUND($ 10.00)

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-13-2009 SMF | - | | 57162889 | Apr 13 2009<br>4:37:07:400PM | Realized | $ 5.00 |

SUMMONS FEE (CLERKS FEE)($ 5.00)

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-13-2009 SMF | - | | 57162897 | Apr 13 2009<br>4:37:42:650PM | Realized | $ 5.00 |

SUMMONS FEE (CLERKS FEE)($ 5.00)

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-13-2009 P | - | | 57170325 | Apr 14 2009<br>2:00:15:050PM | - | $ 0.00 |

PETITION
🖹 Document Available at Court Clerk's Office

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-13-2009 EAA | - | | 57170973 | Apr 14 2009<br>2:30:17:260PM | - | $ 0.00 |

ENTRY OF APPEARANCE BY COUNSEL; FOR PLAINTIFF BY ATTNY CLAY BOOTH
🖹 Document Available (#1009306652)

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-13-2009 TEXT | - | | 57162878 | Apr 13 2009<br>4:37:06:970PM | - | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE RICKS, CAROLYN R. TO THIS CASE.

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-13-2009 ACCOUNT | - | | 57162955 | Apr 13 2009<br>4:42:01:190PM | - | $ 0.00 |

RECEIPT # 2009-2100692 ON 04/13/2009.
PAYOR: KLINE KLINE ELLIOTT TOTAL AMOUNT PAID: $ 217.30.
LINE ITEMS:
CJ-2009-3493: $160.00 ON AC01 CLERK FEES.
CJ-2009-3493: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT.
CJ-2009-3493: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2009-3493: $1.30 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2009-3493: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2009-3493: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.
CJ-2009-3493: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2009-3493: $10.00 ON AC81 LENGTHY TRIAL FUND.

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-14-2009 P | - | | 57187874 | Apr 16 2009<br>8:24:52:003AM | - | $ 0.00 |

FIRST AMENDED PETITION
🖹 Document Available at Court Clerk's Office

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-15-2009 SMS | - | | 57221218 | Apr 20 2009<br>9:40:07:427AM | - | $ 0.00 |

SUMMONS/PETITION /ENTRY OF APPRENCE RETURNED, SERVED: AOK CONSTRUCTION ,
LLC - ATTN: ANY AGENT OR OFFICER AUTHORIZED TO RECEIVE SERVICE OF PROCESS -
BY DELIVERING TO BARBARA, MCCURREY - SERVICE AGENT - ON 4-15-09
🖹 Document Available (#1009407781)

| | | | | | | |
|---|---|---|---|---|---|---|
| 05-01-2009 GAPJ | - | | 57345882 | May 1 2009 4:02:11:650PM | Realized | $ 15.00 |

GARNISHMENT AFFIDAVIT W/SUMMONS (POST JUDGMENT)($ 15.00)

| | | | | | | |
|---|---|---|---|---|---|---|
| 05-01-2009 OCISR | - | | 57345883 | May 1 2009 4:02:11:800PM | Realized | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00)

---

| 05-01-2009 CCADMIN | - | 57345884 | May 1 2009 4:02:11:840PM Realized | $ 1.00 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00)

---

| 05-01-2009 CHAB | - | 57345885 | May 1 2009 4:02:11:970PM Realized | $ 10.00 |

C.H.A.B. STATUTORY FEE($ 10.00)

---

| 05-01-2009 AGVSU | - | 57345886 | May 1 2009 4:02:12:050PM Realized | $ 3.00 |

ATTORNEY GENERAL VICTIM SERVICES UNIT($ 3.00)

---

| 05-01-2009 CCADMIN03 | - | 57345887 | May 1 2009 4:02:12:160PM Realized | $ 0.30 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.30)

---

| 05-01-2009 NO | - | 57368472 | May 5 2009 12:56:54:827PM | - | $ 0.00 |

NOTICE OF PREJUDGMENT GARNISHMENT

---

| 05-01-2009 APLI | - | 57368477 | May 5 2009 12:57:20:357PM | - | $ 0.00 |

APPLICATION TO APPOINT A RECEIVER

---

| 05-01-2009 ACCOUNT | - | 57345946 | May 1 2009 4:03:24:730PM | - | $ 0.00 |

RECEIPT # 2009-2114402 ON 05/01/2009.
PAYOR:KLINE KLINE TOTAL AMOUNT PAID: $54.30.
LINE ITEMS:
CJ-2009-3493: $15.00 ON AC01 CLERK FEES.
CJ-2009-3493: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT.
CJ-2009-3493: $1.30 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2009-3493: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.
CJ-2009-3493: $25.00 ON AC79 OCIS REVOLVING FUND.

---

| 05-05-2009 A | - | 57382912 | May 6 2009 1:13:48:457PM | - | $ 0.00 |

RESERVATION OF ADDITION TIME TO PLEAD OR ANSWER

---

| 05-05-2009 EAA | - | 57386324 | May 6 2009 3:16:03:387PM | - | $ 0.00 |

ENTRY OF APPEARANCE BY JAMES LARIMORE ATTNY FOR DEFENDANT, AOK
CONSTRUCTION, LLC AND CONTINENTAL ENERGY SERVICES, LLC
📄 *Document Available (#1009306102)*

---

| 05-11-2009 OBJ | - | 60031954 | May 27 2009 10:58:59:830AM | - | $ 0.00 |

OBJECTION TO ISSUANCE OF PRE-JUDGMENT GARNISHEE SUMMONS BY ATTNY JAMES
LARIMORE
📄 *Document Available (#1009312381)*

---

| 05-22-2009 EAA | - | 60097274 | May 27 2009 10:58:46:350AM | - | $ 0.00 |

ENTRY OF APPEARANCE BY WARREN BICKFORD ATTNY FOR DEFENDANT, AOK
CONSTRUCTION, LLC
📄 *Document Available (#1009585321)*

---

| | | | | | | |
|---|---|---|---|---|---|---|
| 05-22-2009 A | - | | 60100565 | May 27 2009 1:41:06:073PM | - | $ 0.00 |

ANSWER OF DEFENDANT AOK CONSTRUCTION, LLC TO PLAINTIFF'S FIRST AMENDED PETITION BY ATTNY WARREN BICKFORD
📄 *Document Available (#1009312766)*

---

| 05-27-2009 A | - | Continental Energy Services, L.L.C. | 60112264 | May 28 2009 11:54:37:203AM | - | $ 0.00 |
|---|---|---|---|---|---|---|

ANSWER OF DEFENDANT CONTINENTAL ENERGY SERVICES LLC TO PLAINTIFF'S FIRST AMENDED PETITION THROUGH ATTYS JAMES K. LARIMORE AND JENNIFER K. CHRISTIAN
📄 *Document Available (#1009585559)*

---

| 05-28-2009 AGORD | - | | 60144554 | Jun 1 2009 3:39:35:123PM | - | $ 0.00 |
|---|---|---|---|---|---|---|

AGREED ORDER AUTHORIZING ISSUANCE OF PLAINTIFF'S PREJUDGMENT GARNISHMENT WITHOUT AN UNDERTAKING/JUDGE RICKS
📄 *Document Available (#1009552257)*

---

| 06-03-2009 CT | - | | 60172819 | Jun 4 2009 9:48:43:037AM | - | $ 0.00 |
|---|---|---|---|---|---|---|

CERTIFICATE OF SERVICE OF AGREED ORDER AUTHORIZING ISSUANCE OF PLAINTIFF'S PREJUDGMENT GARNISHMENT WITHOUT AN UNDERTAKING

---

| 06-05-2009 MO | - | | 60203020 | Jun 8 2009 1:11:09:280PM | - | $ 0.00 |
|---|---|---|---|---|---|---|

MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT AOK CONSTRUCTION LLC

---

| 06-05-2009 MO | - | | 60206368 | Jun 8 2009 3:54:52:970PM | - | $ 0.00 |
|---|---|---|---|---|---|---|

UNOPPOSED MOTION TO INTERVENE

---

| 06-10-2009 ATG | - | | 60250365 | Jun 12 2009 9:03:49:550AM | - | $ 0.00 |
|---|---|---|---|---|---|---|

ANSWER TO GARNISHMENT BY RITCHIE BROS AUCTIONEERS(AMERICA) INC
📄 *Document Available at Court Clerk's Office*

---

| 06-10-2009 ATG | - | | 60254388 | Jun 12 2009 11:35:27:897AM | - | $ 0.00 |
|---|---|---|---|---|---|---|

ANSWER TO GARNISHMENT BY RITCHIE BROS AUCTIONER
📄 *Document Available at Court Clerk's Office*

---

| 06-17-2009 AGORD | - | | 60320279 | Jun 19 2009 9:54:22:480AM | - | $ 0.00 |
|---|---|---|---|---|---|---|

AGREED ORDER GRANTING BANK OF AMERICA N.A MOTION TO INTERVENE AND AUTHORIZE DISBURSEMENT OF GARNISHED FUNDS/JUDGE RICKS
📄 *Document Available (#1009735076)*

---

| 06-29-2009 NOB | - | | 60406999 | Jun 29 2009 1:47:00:687PM | - | $ 0.00 |
|---|---|---|---|---|---|---|

SUGGESTION OF BANKRUPTY

---

Report Generated by The Oklahoma Court Information System at July 7, 2009 15:26 PM

End of Transmission.