IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| AOK CONSTRUCTION, LLC, | ) |
| | ) |
| Debtor. | ) Case No. 09-34419 |
| | ) United States Bankruptcy Court, |
| KIRBY-SMITH MACHINERY, INC., | ) Southern District of Texas |
| | ) (Chapter 7) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AOK CONSTRUCTION, LLC and | ) Adv. No. 09-01094 |
| CONTINENTAL ENERGY SERVICES, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Intervenor. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Continental Energy Services, LLC.

I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

| | |
|---|---|
| July 20, 2009 | s/James K. Larimore |
| Date | Signature |
| | |
| | James K. Larimore |
| | Print Name |
| | |
| | Durbin, Larimore & Bialick |
| | 920 North Harvey |
| | Address |
| | |
| | Oklahoma City, OK   73102-2610 |
| | City            State       Zip Code |
| | |
| | (405) 235-9584        (405) 235-0551 |
| | Phone Number          Fax Number |
| | |
| | dlb@dlb.net |
| | E-Mail |

        *s/James K. Larimore*
        James K. Larimore
        Attorney for Defendant Continental Energy Services, LLC
        Bar Number: 5244
        Durbin, Larimore & Bialick
        Oklahoma City, OK 73102-2610
        Telephone:  (405) 235-9584
        Facsimile:  (405) 235-0551
        E-Mail: dlb@dlb.net

## CERTIFICATE OF SERVICE

☒I hereby certify that on July 20, 2009, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Seth A. Day, Esq., OBA #20670
    Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
    100 North Broadway
    Chase Tower, Suite 2900
    Oklahoma City, OK 73102-8865
    Telephone:  (405) 553-2828
    Facsimile:  (405) 553-2855

        -and-

    Thomas A. Creekmore, Esq., OBA #2011
    John T. Richer, Esq., OBA #19554
    Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
    320 South Boston Avenue, Suite 400
    Tulsa, OK  74103-3708
    Telephone (918) 594-0400
    Facsimile (918) 594-0505
    Attorneys for Intervenor Bank of America, N.A.

        *s/ James K. Larimore*
        James K. Larimore

U:\3054\002\EOA Bkrcy.wpd