

**Dated: August 19, 2009 10:14:43**

**The following is ORDERED:**

Richard L. Bohanon
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| AOK. CONSTRUCTION, LLC, ) | |
| ) | |
| Debtor. ) | Case No. 09-34419 |
| ) | United States Bankruptcy Court, |
| KIRBY-SMITH MACHINERY, INC., ) | Southern District of Texas |
| ) | (Chapter 7) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AOK. CONSTRUCTION, LLC and ) | Adv. No. 09-01094 |
| CONTINENTAL ENERGY SERVICES, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Intervenor. ) | |

**ORDER GRANTING UNOPPOSED APPLICATION TO EXTEND DEADLINES
DEADLINES OR RESPOND TO MOTION TO ABSTAIN AND FOR REMAND**

FOR GOOD CAUSE SHOWN, the Application of Continental Energy Services, L.L.C., for an extension to respond to the Motion to Abstain and for Remand filed herein by Plaintiff, Kirby-Smith Machinery, Inc., is granted. Continental Energy Services, L.L.C., shall file its Response to said Motion on or before August 28, 2009.

       *s/James K. Larimore*
       James K. Larimore
       Attorney for Defendant   Continental Energy Services, LLC
       Bar Number: 5244
       Jennifer K. Christian
       Attorneys for Defendant   Continental Energy Services, LLC
       Bar Number:  21628
       Durbin, Larimore & Bialick
       Oklahoma City, OK 73102-2610
       Telephone:  (405) 235-9584
       Facsimile:  (405) 235-0551
       E-Mail: dlb@dlb.net

U:\3054\002\Order App to Ext DDLN to Rsp to Motion to Abstain.wpd