

**Dated: October 09, 2009 15:56:04**

**The following is ORDERED:**

Richard L. Bohanon
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

```
-----------------------------------x
In re: AOK CONSTRUCTION, L.L.C.,    :
                                    :
        Debtor.                     :   No.  09-34419
                                    :   Chapter 7
                                    :   United States Bankruptcy
-----------------------------------x    Court for the Southern
KIRBY-SMITH MACHINERY, INC.,        :   District of Texas
                                    :
        Plaintiff,                  :
                                    :
                                    :
v.                                  :   Adv. Pro. 09-1094-BH
                                    :
AOK CONSTRUCTION, L.L.C., as        :
defendant, CONTINENTAL ENERGY       :
SERVICES, L.L.C., as defendant,     :
and BANK OF AMERICA, N.A., as       :
intervenor.                         :
                                    :
-----------------------------------x
```

**ORDER DENYING MOTION TO RECONSIDER**

The Plaintiff asks the Court to reconsider its earlier order that granted Bank of America's ("Bank") motion to transfer venue.

Upon review of the papers, the Court concludes that the Plaintiff does not state adequate grounds to warrant changing the Court's decision to transfer venue.[1]

As stated in that previous order, the Court bases its conclusion on the reasons set forth in the Bank's motion.

The pending motion to abstain can thus be decided by the Bankruptcy Court for the Southern District of Texas, and this Court will defer from ruling on the motion to abstain.

Accordingly, the Court hereby denies the Plaintiff's motion to reconsider and directs the Clerk to take all necessary steps to transfer and transmit this adversary proceeding to the Bankruptcy Court for the Southern District of Texas.

#     #     #

---

[1] The Plaintiff points out that the previous order erroneously stated that it agreed to transfer venue. This Court has specifically considered the Plaintiff's objections to transferring venue, but concludes such a transfer is appropriate.