

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/19/2009

| | | |
|---|---|---|
| IN RE: | § | |
| AOK CONSTRUCTION, LLC; dba AOK, | § | Case No. 09-34419 |
|     Debtor(s). | § | |
| | § | Chapter 7 |
| | § | |
| KIRBY-SMITH MACHINERY INC, | § | |
|     Plaintiff(s) | § | |
| | § | |
| VS. | § | Adversary No. 09-3406 |
| | § | |
| AOK CONSTRUCTION LLC, *et al*, | § | |
|     Defendant(s). | § | Judge Isgur |

## ORDER FOR SCHEDULING CONFERENCE

1. A conference will be conducted pursuant to Bankruptcy Rule 7016 at the United States Courthouse, 515 Rusk Avenue, Courtroom 404, 4th Floor, Houston, Texas, 75002, on **January 11, 2010 at 11:00 a.m.**

2. Plaintiff is to serve Defendant(s) with a copy of this Order within 3 days of its entry.

3. Not less than seven days prior to the conference, the parties shall file a joint report pursuant to Bankruptcy Rule 7026.


SIGNED **November 19, 2009.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE