**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company
P.O. Box 2969
Springfield, IL 62708

DOC # 2007002943635
DATE 03/14/2007
TIME 11:19:08
TYPE UC1
CAROLYNN CAUDILL
OKLAHOMA County Clerk
RECORDED AND FILED

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: AOK Construction, L.L.C.

1c. MAILING ADDRESS: 9055 E. Old Hwy 270 | CITY: McAlester | STATE: OK | POSTAL CODE: 74501 | COUNTRY: USA

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: Oklahoma | 1g. ORGANIZATIONAL ID #, if any: 3500651000 | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: LaSalle Bank National Association

3c. MAILING ADDRESS: 135 South LaSalle Street | CITY: Chicago | STATE: IL | POSTAL CODE: 60603 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

Any and all property of the Debtor, of any kind or description, tangible or intangible, wheresoever located and whether now existing or hereafter arising and all proceeds and products thereof.

**RECEIVED**

MAR 14 2007

COUNTY CLERK
MAILROOM UCC #6

8. OPTIONAL FILER REFERENCE DATA
Oklahoma Secretary of State                     800210-008 DXH

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)



EXHIBIT D