FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.
APR 14 2009
PATRICIA PRESLEY, COURT CLERK
by_____ DEPUTY

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

Kirby-Smith Machinery, Inc.,            )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )   Case No. CJ-2009-3493
                                        )
AOK Construction, LLC, and              )
Continental Energy Services, LLC,       )
                                        )
        Defendants.                     )

## FIRST AMENDED PETITION

### FIRST CAUSE OF ACTION

Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation ("Plaintiff" or "Kirby-Smith"), for its First Cause of Action against Defendant, AOK Construction, LLC, a Oklahoma limited liability company ("AOK Construction"), states:

1. On or about September 30, 2008, a certain credit application, which is attached hereto as Exhibit "A," was signed and delivered to Kirby-Smith pursuant to which Kirby-Smith opened a commercial credit account in the name of AOK Construction for the purpose of charging the rental of cranes, heavy equipment, and industrial equipment from Kirby-Smith and charging parts, goods, labor, and services from Kirby-Smith.

2. Based on said commercial credit account and as set forth on Kirby-Smith's statement of account, which is attached hereto as Exhibit "B," Kirby-Smith rented a certain heavy equipment and accessories therefor; provided certain parts and goods; and provided repair services, including related parts, goods and labor.

3. AOK Construction is indebted to Kirby-Smith as set forth on Kirby-Smith's statement of account, Exhibit "B," for equipment rental charges and other charges related thereto,

1


EXHIBIT E

including accessories, taxes, delivery fees, parts, goods, and services; for parts and goods; and for repair services, including related parts, goods and labor, in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid, and for all costs, accrued and accruing, including a reasonable attorneys' fee for Kirby-Smith's attorneys, which account, Exhibit "B," is correct and which amounts are just, due, and owing by AOK Construction to Kirby-Smith.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendant, AOK Construction, LLC, an Oklahoma limited liability company, on its First Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

## SECOND CAUSE OF ACTION

Kirby-Smith, for its Second Cause of Action against Defendant, Continental Energy Services, LLC, a Delaware limited liability company ("Continental"), states:

4. Kirby-Smith adopts, realleges, restates and incorporates herein by reference all statements and allegations of Kirby-Smith's First Cause of Action as if fully set forth herein.

5. Continental took the place of, and the assets of, AOK Construction. That there was a consolidation or merger of AOK Construction and Continental.

6. Continental expressly or implicitly agreed to assume or pay the indebtedness referred to above to Kirby-Smith.

7. Continental was, and is, a continuation of AOK Construction.

8. AOK Construction's transfer of all or substantially all its property to Continental was fraudulent in fact.

9. AOK Construction's transfer of all or substantially all its property to Continental was fraudulent within the meaning of the Oklahoma Fraudulent Transfer Act, 24 O.S. §§ 112 to 123.

10. Continental is the alter ego of AOK Construction.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., prays judgment against Defendants, Continental Energy Services, LLC, a Delaware limited liability company, on its Second Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the contract rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

## THIRD CAUSE OF ACTION

Kirby-Smith, for its Second Cause of Action against AOK Construction and Continental, states:

11. Kirby-Smith furnished valuable parts, goods, labor, and services to AOK Construction and Continental with a reasonable expectation of being compensated.

12. AOK Construction and Continental knowingly accepted the benefit of Kirby-Smith's parts, goods, labor, and services.

13. AOK Construction and Continental would be unfairly benefitted by receiving Kirby-Smith's parts, goods, labor, and services if no compensation were paid to Kirby-Smith.

14. The fair value of the parts, goods, labor, and services that Kirby-Smith furnished to AOK Construction and Continental is the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid,

3

and for all costs, accrued and accruing, including a reasonable attorneys' fee for Plaintiff's attorneys, which amounts are just, due, and owing by AOK Construction and Continental to Kirby-Smith.

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendants, AOK Construction, LLC, an Oklahoma limited liability company, and Continental Energy Services, LLC, a Delaware limited liability company, on its Third Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

## FOURTH CAUSE OF ACTION

Kirby-Smith, for its Fourth Cause of Action against AOK Construction and Continental, states:

15. AOK Construction and Continental voluntarily accepted the benefits of Kirby-Smith's offer to obtain parts, goods, and services from Kirby-Smith when AOK Construction and Continental knew or should have known that Kirby-Smith made the offer intending to receive payment therefor.

16. As AOK Construction and Continental knew or should have known, and as shown by the statement of account, Exhibit "B," the specific benefit that Kirby-Smith intended to receive from AOK Construction and Continental is the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid, and for all costs, accrued and accruing, including a reasonable attorneys' fee for Plaintiff's attorneys, which amounts are just, due, and owing by AOK Construction and Continental to Kirby-Smith.

4

WHEREFORE, Plaintiff, Kirby-Smith Machinery, Inc., an Oklahoma corporation, prays judgment against Defendants, AOK Construction, LLC, an Oklahoma limited liability company, and Continental Energy Services, LLC, a Delaware limited liability company, on its Fourth Cause of Action in the sum of $730,683.24, with prejudgment and postjudgment interest on said sum at the rate of 18.00% per annum from and including April 1, 2009, until paid; for all costs, accrued and accruing, including a reasonable attorneys' fee for the plaintiff's attorneys; and for such other and further relief as this Court deems just and equitable.

Respectfully Submitted,

*[signature]*

Clay P. Booth, OBA #11767
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK 73105-6405
Telephone: (405) 848-4448
Facsimile: (405) 842-4539
Attorneys for Plaintiff, Kirby-Smith Machinery, Inc.

ATTORNEYS' LIEN CLAIMED

*Kirby-Smith Machinery, Inc. v. AOK Construction, LLC, et al.*
Oklahoma County District Court, Case No. CJ-2009-3493
First Amended Petition

3890-088



# AOK CONSTRUCTION, LLC

**COMPANY NAME:** AOK CONSTRUCTION, LLC
**MAILING ADDRESS:** P.O. BOX 308 MCALESTER, OK 74502
**SHIPPING ADDRESS:** 9055 E. HWY 270, MCALESTER, OK 74502
**OWNER'S NAME:** CONTINENTAL ENERGY SERVICES
**TYPE OF BUSINESS:** UNDERGROUND PIPELINE
**TAX ID#:** 73-1597808     **PO REQUIRED:** YES
**BANK NAME:** LASALLE BANK N.A.
**ADDRESS:** 135 S LASALLE CHICAGO, IL 60603
**TELEPHONE #:** 312-904-9028   **CONTACT:** SEAN SILVER

**CREDIT REFERENCES:**
KIRBY SMITH MACHINERY
PO BOX 270360
OKC, OK 73137
TELEPHONE: 405-495-7820
FAX: 405-757-5973

NAPA AUTO
PO BOX 67
MCALESTER, OK 74501
TELEPHONE #: 918-423-4025
FAX #: 918-423-4763

WESTERN SUPPLIES
BOX 551
WICHITA FALLS, TX 76307
TELEPHONE #: 940-855-3401
FAX #: 940-855-7592

WARREN CAT
DEPT 1944
TULSA, OK 74182
TELEPHONE #: 918-627-4600
FAX #: 918-560-2392

PO Box 308 • 9055 E. Highway 270 • McAlester, OK 74502 • 918 429-1341 • Fax 918-429-1342
aokconstruction11@earthlink.net

*Greg D. Karpunsky - Pres.*

  

Customer 918429
AOK CONSTRUCTION, L.L.C.
April 10, 2009
Balance $730,683.24

| # | Date | Invoice | Br | SD | Charges | Adjustments | Payments | Total |
|---|------|---------|----|----|---------|-------------|----------|-------|
| 1. | 11/30/07 | SC032120 | 001 | | 58.86 | | | 58.86 |
| 2. | 12/06/07 | R43642 | 002 | R | 8,534.54 | | | 8,534.54 |
| 3. | 12/12/07 | R43810 | 002 | R | 8,138.78 | | | 8,138.78 |
| 4. | 12/25/07 | R44185 | 002 | R | 4,883.27 | | | 4,883.27 |
| 5. | 12/25/07 | R44210 | 002 | R | 5,371.59 | | | 5,371.59 |
| 6. | 12/31/07 | SC032397 | 001 | | 741.06 | | | 741.06 |
| 7. | 1/22/08 | R45179 | 004 | R | 4,812.42 | | | 4,812.42 |
| 8. | 1/22/08 | R45180 | 002 | R | 4,730.57 | | | 4,730.57 |
| 9. | 1/22/08 | R45181 | 002 | R | 6,348.24 | | | 6,348.24 |
| 10. | 1/31/08 | SC032651 | 001 | | 1,653.81 | | | 1,653.81 |
| 11. | 2/05/08 | R45641 | 002 | R | 6,369.95 | | | 6,369.95 |
| 12. | 2/29/08 | SC032900 | 001 | | 1,803.62 | | | 1,803.62 |
| 13. | 3/31/08 | SC033140 | 001 | | 2,213.92 | | | 2,213.92 |
| 14. | 4/30/08 | SC033373 | 001 | | 12,883.42 | | | 12,883.42 |
| 15. | 5/17/08 | T62111 | 002 | C | 4,216.43 | | | 4,216.43 |
| 16. | 5/29/08 | R49939 | 002 | R | 8,301.55 | | | 8,301.55 |
| 17. | 5/29/08 | R49957 | 004 | R | 4,851.00 | | | 4,851.00 |
| 18. | 5/31/08 | SC033621 | 001 | | 14,999.29 | | | 14,999.29 |
| 19. | 6/30/08 | SC033859 | 001 | | 4,488.03 | | | 4,488.03 |
| 20. | 7/31/08 | R52206 | 002 | R | 17,459.21 | 11,639.48- | | 5,819.73 |
| 21. | 7/31/08 | SC034081 | 001 | | 5,732.59 | | | 5,732.59 |
| 22. | 7/31/08 | U52529 | 002 | W | 2,344.79 | | | 2,344.79 |
| 23. | 8/05/08 | R52316 | 002 | R | 4,883.27 | | | 4,883.27 |
| 24. | 8/26/08 | R53060 | 002 | R | 2,194.60 | | | 2,194.60 |
| 25. | 8/31/08 | SC034320 | 001 | | 10,666.69 | | | 10,666.69 |
| 26. | 9/05/08 | R53603 | 002 | R | 162.78 | | | 162.78 |
| 27. | 9/06/08 | R53648 | 002 | R | 325.55 | | | 325.55 |
| 28. | 9/09/08 | R53676 | 002 | R | 218.00 | | | 218.00 |
| 29. | 9/16/08 | R53974 | 002 | R | 2,821.44 | 741.10- | 2,821.44- | 741.10- |
| 30. | 9/17/08 | T66255 | 002 | C | 2,037.82 | | | 2,037.82 |
| 31. | 9/23/08 | R54126 | 002 | R | 7,433.41 | | | 7,433.41 |
| 32. | 9/30/08 | R54430 | 002 | R | 3,776.87 | | | 3,776.87 |
| 33. | 9/30/08 | SC034575 | 001 | | 12,568.52 | | | 12,568.52 |
| 34. | 10/04/08 | R54621 | 002 | R | 3,808.95 | 3,808.95- | 3,808.95 | 3,808.95 |
| 35. | 10/07/08 | R45174 | 002 | R | | | 4,883.27- | 4,883.27- |
| 36. | 10/17/08 | R55039 | 002 | R | 4,340.68 | 340.68- | 4,340.68- | 340.68- |
| 37. | 10/21/08 | R55118 | 004 | R | 4,167.45 | 1,147.45- | | 3,020.00 |
| 38. | 10/21/08 | R55122 | 002 | R | 4,736.77 | | | 4,736.77 |
| 39. | 10/24/08 | R55346 | 002 | R | 5,635.50 | | | 5,635.50 |
| 40. | 10/31/08 | SC034824 | 001 | | 4,930.54 | | | 4,930.54 |
| 41. | 11/05/08 | R55665 | 002 | R | 5,263.07 | | 10,526.14- | 5,263.07- |
| 42. | 11/14/08 | R56082 | 002 | R | 4,340.68 | 340.68- | 4,340.68- | 340.68- |
| 43. | 11/18/08 | R56161 | 002 | R | 7,433.41 | | | 7,433.41 |
| 44. | 11/18/08 | R56164 | 002 | R | 4,736.77 | | | 4,736.77 |
| 45. | 11/19/08 | R56242 | 002 | R | 6,348.24 | | | 6,348.24 |
| 46. | 11/20/08 | R56283 | 002 | R | 4,736.77 | | | 4,736.77 |
| 47. | 11/21/08 | R56353 | 002 | R | 5,635.50 | 1,874.89- | 1,874.89 | 5,635.50 |

Remit to:
KSM Exchange, LLC
P.O. Box 270360
Oklahoma City, OK 73127

TEL (405) 495-7820       FAX (405) 44

  

**Kirby-Smith Machinery, Inc.**

|    | Date     | Invoice  | Br  | SD | Charges  | Adjustments | Payments  | Total     |
|----|----------|----------|-----|----|----------|-------------|-----------|-----------|
| 48.| 11/22/08 | R56368   | 004 | R  | 4,812.42 |             |           | 4,812.42  |
| 49.| 11/25/08 | R56394   | 002 | R  | 3,650.07 |             |           | 3,650.07  |
| 50.| 11/25/08 | R56395   | 002 | R  | 4,883.27 |             |           | 4,883.27  |
| 51.| 11/25/08 | R56396   | 002 | R  | 6,348.24 | 2,116.08-   | 2,116.08  | 6,348.24  |
| 52.| 11/25/08 | R56397   | 002 | R  | 3,776.87 |             |           | 3,776.87  |
| 53.| 11/25/08 | R56400   | 002 | R  | 5,371.59 |             |           | 5,371.59  |
| 54.| 11/25/08 | R56403   | 002 | R  | 217.03   |             |           | 217.03    |
| 55.| 11/25/08 | R56476   | 002 | R  | 3,808.95 | 3,808.95-   | 1,798.84  | 1,798.84  |
| 56.| 11/25/08 | R56477   | 002 | R  | 325.55   |             |           | 325.55    |
| 57.| 11/25/08 | R56478   | 002 | R  | 3,906.61 |             |           | 3,906.61  |
| 58.| 11/25/08 | R56479   | 002 | R  | 4,730.57 |             |           | 4,730.57  |
| 59.| 11/25/08 | R56480   | 002 | R  | 162.78   |             |           | 162.78    |
| 60.| 11/25/08 | R56481   | 002 | R  | 217.50   |             |           | 217.50    |
| 61.| 11/25/08 | R56483   | 002 | R  | 4,730.57 | 1,414.30-   | 1,414.30  | 4,730.57  |
| 62.| 11/25/08 | R56484   | 002 | R  | 2,674.95 |             |           | 2,674.95  |
| 63.| 11/25/08 | R56485   | 002 | R  | 1,551.79 |             |           | 1,551.79  |
| 64.| 11/25/08 | R56486   | 002 | R  | 4,796.00 | 3,188.25-   | 3,188.25  | 4,796.00  |
| 65.| 11/25/08 | R56487   | 002 | R  | 5,668.00 |             |           | 5,668.00  |
| 66.| 11/26/08 | R56504   | 004 | R  | 4,851.00 |             |           | 4,851.00  |
| 67.| 11/29/08 | R56604   | 004 | R  | 4,851.00 |             |           | 4,851.00  |
| 68.| 11/30/08 | SC035050 | 001 |    | 4,954.18 |             |           | 4,954.18  |
| 69.| 12/04/08 | R56640   | 002 | R  | 4,883.27 |             |           | 4,883.27  |
| 70.| 12/04/08 | R56647   | 002 | R  | 4,736.77 |             |           | 4,736.77  |
| 71.| 12/04/08 | R56651   | 002 | R  | 8,534.54 | 5,689.69-   |           | 2,844.85  |
| 72.| 12/04/08 | R56663   | 002 | R  | 4,796.00 |             |           | 4,796.00  |
| 73.| 12/05/08 | R53428   | 002 |    |          |             | 3,776.87- | 3,776.87- |
| 74.| 12/05/08 | R56785   | 002 | R  | 5,642.88 |             |           | 5,642.88  |
| 75.| 12/06/08 | R56808   | 002 | R  | 6,369.95 |             |           | 6,369.95  |
| 76.| 12/06/08 | T67308   | 002 | C  | 2,998.51 |             |           | 2,998.51  |
| 77.| 12/09/08 | R56826   | 002 | R  | 4,736.77 |             |           | 4,736.77  |
| 78.| 12/09/08 | R56828   | 002 | R  | 4,883.27 |             |           | 4,883.27  |
| 79.| 12/10/08 | L15991   | 004 | C  | 71.34    |             |           | 71.34     |
| 80.| 12/10/08 | R56890   | 002 | R  | 6,348.24 |             |           | 6,348.24  |
| 81.| 12/10/08 | R56892   | 002 | R  | 4,730.57 |             |           | 4,730.57  |
| 82.| 12/10/08 | R56894   | 002 | R  | 8,138.78 |             |           | 8,138.78  |
| 83.| 12/10/08 | R56897   | 002 | R  | 4,768.50 |             |           | 4,768.50  |
| 84.| 12/11/08 | R56927   | 002 | R  | 6,348.24 |             |           | 6,348.24  |
| 85.| 12/11/08 | R56928   | 002 | R  | 8,301.55 |             |           | 8,301.55  |
| 86.| 12/12/08 | R56984   | 002 | R  | 4,000.00 |             |           | 4,000.00  |
| 87.| 12/16/08 | R57072   | 002 | R  | 2,194.60 |             |           | 2,194.60  |
| 88.| 12/16/08 | R57075   | 002 | R  | 4,736.77 |             |           | 4,736.77  |
| 89.| 12/17/08 | R57183   | 002 | R  | 6,348.24 | 1,410.72-   |           | 4,937.52  |
| 90.| 12/17/08 | U53830   | 002 | W  | 228.90   |             |           | 228.90    |
| 91.| 12/18/08 | R57228   | 002 | R  | 4,736.77 | 4,274.77-   | 4,274.77  | 4,736.77  |
| 92.| 12/19/08 | R57283   | 002 | R  | 2,682.29 |             |           | 2,682.29  |
| 93.| 12/23/08 | R57336   | 002 | R  | 3,650.07 |             |           | 3,650.07  |
| 94.| 12/23/08 | R57337   | 002 | R  | 4,883.27 |             |           | 4,883.27  |
| 95.| 12/23/08 | R57339   | 004 | R  | 4,812.42 |             |           | 4,812.42  |
| 96.| 12/23/08 | R57340   | 002 | R  | 3,776.87 |             |           | 3,776.87  |
| 97.| 12/23/08 | R57344   | 002 | R  | 5,371.59 |             |           | 5,371.59  |
| 98.| 12/23/08 | R57345   | 002 | R  | 217.03   |             |           | 217.03    |

TEL (405) 495-7820

Remit to:
KSM Exchange, LLC
P.O. Box 270360
Oklahoma City, OK 73127

FAX (405) 440-0112

2

  

**Kirby-Smith MACHINERY, INC.**

|  | Date | Invoice | Br SD | Charges | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|
| 99. | 12/23/08 | T69495 | 002 C | 1,699.61 | | | 1,699.61 |
| 100. | 12/23/08 | U54193 | 002 W | 349.61 | | | 349.61 |
| 101. | 12/24/08 | R57413 | 002 R | 2,674.95 | | | 2,674.95 |
| 102. | 12/24/08 | R57434 | 002 R | 1,551.79 | | | 1,551.79 |
| 103. | 12/24/08 | R57435 | 002 R | 4,796.00 | 4,796.00- | 2,239.96 | 2,239.96 |
| 104. | 12/24/08 | R57441 | 002 R | 5,668.00 | | | 5,668.00 |
| 105. | 12/24/08 | R57444 | 002 R | 325.55 | | | 325.55 |
| 106. | 12/24/08 | R57445 | 002 R | 4,883.27 | | | 4,883.27 |
| 107. | 12/24/08 | R57446 | 002 R | 3,906.61 | | | 3,906.61 |
| 108. | 12/24/08 | R57448 | 002 R | 4,730.57 | | | 4,730.57 |
| 109. | 12/24/08 | R57449 | 002 R | 162.78 | | | 162.78 |
| 110. | 12/24/08 | R57450 | 002 R | 4,736.77 | 2,336.88- | | 2,399.89 |
| 111. | 12/24/08 | T69517 | 002 C | 88.57 | | | 88.57 |
| 112. | 12/24/08 | T69519 | 002 C | 602.07 | | | 602.07 |
| 113. | 12/26/08 | R57479 | 004 R | 4,851.00 | | | 4,851.00 |
| 114. | 12/30/08 | R57500 | 002 R | 217.50 | | | 217.50 |
| 115. | 12/30/08 | R57511 | 004 R | 4,851.00 | 1,639.78- | | 3,211.22 |
| 116. | 12/31/08 | SC035295 | 001 | 6,673.94 | | | 6,673.94 |
| 117. | 12/31/08 | U53593 | 002 W | 9,544.61 | | | 9,544.61 |
| 118. | 1/06/09 | R57699 | 002 R | 6,369.95 | | | 6,369.95 |
| 119. | 1/06/09 | R57702 | 002 R | 4,736.77 | | | 4,736.77 |
| 120. | 1/06/09 | R57707 | 002 R | 4,883.27 | | | 4,883.27 |
| 121. | 1/06/09 | R57727 | 002 R | 5,642.88 | | | 5,642.88 |
| 122. | 1/07/09 | R57804 | 002 R | 6,348.24 | | | 6,348.24 |
| 123. | 1/07/09 | R57807 | 002 R | 4,730.57 | | | 4,730.57 |
| 124. | 1/07/09 | R57812 | 002 R | 4,768.50 | | | 4,768.50 |
| 125. | 1/07/09 | U53910 | 002 W | 2,193.20 | | | 2,193.20 |
| 126. | 1/08/09 | R57851 | 002 R | 6,348.24 | | | 6,348.24 |
| 127. | 1/08/09 | R57852 | 002 R | 8,301.55 | | | 8,301.55 |
| 128. | 1/09/09 | R57889 | 002 R | 4,000.00 | | | 4,000.00 |
| 129. | 1/10/09 | T69902 | 002 C | 108.95 | | | 108.95 |
| 130. | 1/13/09 | R57959 | 002 R | 2,194.60 | | | 2,194.60 |
| 131. | 1/13/09 | R57961 | 002 R | 4,736.77 | | | 4,736.77 |
| 132. | 1/16/09 | R58117 | 002 R | 2,682.29 | | | 2,682.29 |
| 133. | 1/17/09 | R58149 | 002 R | 266.00 | | | 266.00 |
| 134. | 1/20/09 | R58172 | 002 R | 3,650.07 | | | 3,650.07 |
| 135. | 1/20/09 | R58173 | 002 R | 4,883.27 | | | 4,883.27 |
| 136. | 1/20/09 | R58175 | 002 R | 3,776.87 | | | 3,776.87 |
| 137. | 1/20/09 | R58181 | 002 R | 217.03 | | | 217.03 |
| 138. | 1/21/09 | R58232 | 002 R | 2,674.95 | 1,182.84- | | 1,492.11 |
| 139. | 1/21/09 | R58234 | 004 R | 126.00 | | | 126.00 |
| 140. | 1/21/09 | T70193 | 002 C | 4,939.13 | | | 4,939.13 |
| 141. | 1/22/09 | R58252 | 002 R | 3,906.61 | | | 3,906.61 |
| 142. | 1/22/09 | R58253 | 002 R | 4,730.57 | | | 4,730.57 |
| 143. | 1/22/09 | R58255 | 004 R | 4,812.42 | 2,408.57- | | 2,403.85 |
| 144. | 1/23/09 | R58278 | 002 R | 162.78 | | | 162.78 |
| 145. | 1/23/09 | R58287 | 002 R | 5,668.00 | | | 5,668.00 |
| 146. | 1/23/09 | U54329 | 002 W | 3,444.17 | | | 3,444.17 |
| 147. | 1/24/09 | R58319 | 002 R | 325.55 | | | 325.55 |
| 148. | 1/24/09 | R58320 | 002 R | 574.00 | | | 574.00 |
| 149. | 1/27/09 | R58354 | 002 R | 218.00 | | | 218.00 |

TEL (405) 495-7820

Remit to:
KSM Exchange, LLC
P.O. Box 270360
Oklahoma City, OK 73127

FAX (405) 440-0112

  

| #    | Date     | Ref        | Code  | Amount    | Credit     | Balance   |
|------|----------|------------|-------|-----------|------------|-----------|
| 150. | 1/27/09  | R58357     | 002 R | 1,551.79  | 1,036.34-  | 515.45    |
| 151. | 1/27/09  | T70365     | 002 C | 618.66    |            | 618.66    |
| 152. | 1/29/09  | R58423     | 002 R | 4,883.27  |            | 4,883.27  |
| 153. | 1/30/09  | R58459     | 002 R | 5,642.88  |            | 5,642.88  |
| 154. | 1/31/09  | K80480     | 001 W | 1,292.22  |            | 1,292.22  |
| 155. | 1/31/09  | SC035530   | 001   | 6,090.08  |            | 6,090.08  |
| 156. | 1/31/09  | T70158     | 002 C | 495.28    |            | 495.28    |
| 157. | 1/31/09  | U54442     | 002 W | 4,434.91  |            | 4,434.91  |
| 158. | 1/31/09  | U54476     | 002 W | 1,313.85  |            | 1,313.85  |
| 159. | 2/05/09  | R58530     | 002 R | 6,348.24  | 5,237.88-  | 1,110.36  |
| 160. | 2/05/09  | R58531     | 002 R | 337.50    |            | 337.50    |
| 161. | 2/05/09  | R58534     | 002 R | 4,730.57  | 4,388.57-  | 342.00    |
| 162. | 2/05/09  | R58538     | 002 R | 4,883.27  |            | 4,883.27  |
| 163. | 2/05/09  | R58550     | 002 R | 4,768.50  | 1,238.44-  | 3,530.06  |
| 164. | 2/05/09  | U54201     | 002 W | 7,694.46  |            | 7,694.46  |
| 165. | 2/05/09  | U54444     | 002 W | 11,731.53 |            | 11,731.53 |
| 166. | 2/05/09  | U54592     | 002 W | 1,060.89  |            | 1,060.89  |
| 167. | 2/10/09  | R58695     | 002 R | 2,194.60  | 1,920.17-  | 274.43    |
| 168. | 2/10/09  | R58696     | 002 R | 4,736.77  | 243.93-    | 4,492.84  |
| 169. | 2/10/09  | R58697     | 002 R | 112.50    |            | 112.50    |
| 170. | 2/13/09  | R54068     | 002 R |           | 340.68-    | 340.68-   |
| 171. | 2/13/09  | R58842     | 002 R | 1,804.45  | 1,727.95-  | 76.50     |
| 172. | 2/13/09  | R58844     | 002 R | 2,682.29  | 2,596.79-  | 85.50     |
| 173. | 2/14/09  | U54730     | 002 W | 2,864.27  |            | 2,864.27  |
| 174. | 2/17/09  | R58896     | 002 R | 3,650.07  | 2,027.82-  | 1,622.25  |
| 175. | 2/17/09  | R58897     | 002 R | 4,883.27  | 3,044.01-  | 1,839.26  |
| 176. | 2/17/09  | R58902     | 002 R | 217.03    |            | 217.03    |
| 177. | 2/18/09  | U54344     | 002 W | 6,019.56  |            | 6,019.56  |
| 178. | 2/19/09  | R58976     | 002 R | 3,906.61  | 2,939.48-  | 967.13    |
| 179. | 2/19/09  | R58977     | 002 R | 216.75    |            | 216.75    |
| 180. | 2/19/09  | U54439     | 002 W | 1,507.19  |            | 1,507.19  |
| 181. | 2/20/09  | R59012     | 002 R | 162.78    |            | 162.78    |
| 182. | 2/20/09  | R59018     | 002 R | 5,668.00  | 5,533.00-  | 135.00    |
| 183. | 2/21/09  | R59038     | 002 R | 325.55    | 108.52-    | 217.03    |
| 184. | 2/26/09  | R59161     | 002 R | 67.50     |            | 67.50     |
| 185. | 2/27/09  | R59203     | 002 R | 5,642.88  | 3,472.12-  | 2,170.76  |
| 186. | 2/28/09  | D08098     | 004 W | 2,894.66  |            | 2,894.66  |
| 187. | 2/28/09  | SC035745   | 001   | 7,562.08  |            | 7,562.08  |
| 188. | 2/28/09  | U54841     | 002 W | 3,020.23  |            | 3,020.23  |
| 189. | 3/04/09  | R59270     | 002 R | 171.00    |            | 171.00    |
| 190. | 3/04/09  | U54543     | 002 W | 6,412.74  |            | 6,412.74  |
| 191. | 3/04/09  | U54842     | 002 W | 1,856.82  |            | 1,856.82  |
| 192. | 3/06/09  | U54196     | 002 W | 2,836.63  |            | 2,836.63  |
| 193. | 3/11/09  | U54873     | 002 W | 2,693.69  |            | 2,693.69  |
| 194. | 3/13/09  | U54886     | 002 W | 6,205.09  |            | 6,205.09  |
| 195. | 3/13/09  | U54952     | 002 W | 3,970.78  |            | 3,970.78  |
| 196. | 3/14/09  | U54665     | 002 W | 7,927.91  |            | 7,927.91  |
| 197. | 3/17/09  | R59633     | 002 R | 217.03    |            | 217.03    |
| 198. | 3/19/09  | R59703     | 002 R | 216.75    |            | 216.75    |
| 199. | 3/19/09  | U54946     | 002 W | 2,444.30  |            | 2,444.30  |
| 200. | 3/24/09  | U55037     | 002 W | 3,255.51  |            | 3,255.51  |
| 201. | 3/31/09  | SC035955   | 001   | 7,383.77  |            | 7,383.77  |

TEL (405) 495-7820

Remit to:
KSM Exchange, LLC
P.O. Box 270360
Oklahoma City, OK 73127

FAX (405) 440-0112

4