## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

Kirby-Smith Machinery, Inc.,                )
                                             )
        Plaintiff,             )
                                             )
v.                                           )           Case No.  CJ-2009-3493
                                             )
AOK Construction, LLC, and                   )
Continental Energy Services, LLC,            )
                                             )
        Defendants.            )
and                                          )
                                             )
Ritchie Bros. Auctioneers (America), Inc.,   )
f/k/a Ritchie Bros. Auctioneers, Inc.,       )
                                             )
        Garnishee.             )

**FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.**

**MAY - 1 2009**

PATRICIA PRESLEY, COURT CLERK
by_____
               DEPUTY

### GARNISHMENT AFFIDAVIT
(12 O.S. Supp. 2004 § 1172, as amended)

STATE OF OKLAHOMA     )
                  ) SS:
COUNTY OF OKLAHOMA   )

      I, Clay P. Booth, being duly sworn, states as follows:

1.     That he is the attorney for the Plaintiff, Kirby-Smith Machinery, Inc., in the above-styled case;

2.     **For Prejudgment Garnishment Only:**    That AOK Construction, LLC, and Continental Energy Services, LLC, the Defendants in the above-styled cause, is indebted to me in the amount of $730,683.24, on my original claim, over and above all offsets.

3.     **For Postjudgment Garnishment Only:**    That _____, the Judgment Debtors and Defendants in the above-styled cause, is indebted to me as follows:

4.     That I believe that the above-named Garnishee, **Ritchie Bros. Auctioneers (America), Inc., f/k/a Ritchie Bros. Auctioneers, Inc.,** is indebted to or has property within its possession or under its control, which is not by law exempt from seizure or sale upon execution, belonging to Defendants.

5.     That I am *not* seeking a continuing garnishment. That I am seeking a general garnishment.

_____
Clay P. Booth, OBA #11767    (Attorney's Lien Claimed)
- for the firm -
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City, OK  73105-6405
Telephone:  (405) 848-4448
Facsimile:  (405) 842-4539
Attorney for Plaintiff, Kirby-Smith Machinery, Inc.

Subscribed and sworn to before me this ___ day of _____, 2009.

_____
                    Notary Public

My Commission Expires: 2/18/2012

My Commission Number: 04001543

**EXHIBIT
F**